(Docket Entry Nos. 492 & 493)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

(IN RE BAYSIDE LITIGATION)

LAVERNA WHITE,

    Plaintiff,

    v.        Civil No. 97-CV-5127 (RBK)

SCOTT FAUNCE, et al.,

    Defendants.

## O R D E R

THIS MATTER having been brought before the Court upon motions by William Haumann, Esquire, attorney for Defendants, for an Order granting judgment as a matter of law to all Defendants; and by Lawrence Lindsay, Esquire, attorney for Plaintiff Laverna White, for an Order granting attorney's fees and costs; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion for judgment as a matter of law, or in the alternative for a new trial (docket # 493) is **GRANTED IN PART AND DENIED IN PART**;

**AND IT IS FURTHER ORDERED** that judgment be entered in favor of Defendant Theodore Roth and against Plaintiff Laverna White as to Theodore Roth;

**AND IT IS FURTHER ORDERED** that the judgment in favor of Plaintiff White (docket # 467) be reduced by $6,250;

**AND IT IS FURTHER ORDERED** that the motion for attorney's fees and costs (docket # 492) is **GRANTED** with modification so that Defendants Hinkley, Faunce, and Hilton shall pay Plaintiff White's attorney's fees and costs in the amount of $17,611.20;

**AND IT IS FURTHER ORDERED** that Plaintiff Laverna White shall pay as attorney's fees $4,781.25 from his judgment.


Dated: 10-21-04

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge