IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE ROBERT B. KUGLER

---

(In Re Bayside Litigation)

TAVIUS LINDSEY,

    Plaintiff,

    v.

WILLIAM H. FAUVER, et al.

    Defendants.

---

    :
    :  Civil No. 97-5127(RBK)
    :
    :  **ORDER DENYING DEFENDANTS'**
    :  **MOTIONS FOR JUDGMENT AS A**
    :  **MATTER OF LAW, RELIEF FROM**
    :  **JUDGMENT OR IN THE**
    :  **ALTERNATIVE FOR A NEW**
    :  **TRIAL**
    :
    :
    :
    :

        **THIS MATTER HAVING** come before the court following a jury verdict and judgment in favor of Tavius Lindsey, plaintiff, against defendants Scott Faunce, Gary Hilton and William Fauver, on the defendants' post trial Motions for Judgment as a Matter of Law, Relief from Judgment, or in the alternative for a New Trial, and the court having considered the papers filed by defense counsel and the opposing papers filed by plaintiff's counsel, and for the reasons expressed in an Opinion issued concurrently with this Order;

        **IT IS ON THIS**   ___15th___   day of August, 2007, **ORDERED** that the Motions of defendants Scott Faunce, Gary Hilton and William Fauver, for Judgment as a Matter of Law, Relief from Judgment or in the alternative, for a New Trial, be and are hereby **DENIED**.


                        s/Robert B. Kugler
                        ROBERT B. KUGLER
                        United States District Judge

2