IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE ROBERT B. KUGLER

| | |
|---|---|
| (In Re Bayside Litigation) | Civil No. 97-5127(RBK) |
| LUIS MEJIAS, | **ORDER DENYING DEFENDANT'S MOTIONS FOR JUDGMENT, NEW TRIAL OR REMITTITUR** |
| Plaintiff, | |
| v. | |
| SCOTT FAUNCE | |
| Defendant. | |

**THIS MATTER HAVING** come before the court upon the motions of defendant Scott Faunce for Judgment, New Trial or Remittitur, and the court having considered the papers submitted and for the reasons expressed in an Opinion file concurrently with this Order,

**IT IS ON THIS**  29th  day of August, 2007, **ORDERED** that the Motions for Judgment, New Trial or Remittitur by defendant Scott Faunce, be and are hereby **DENIED**.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge