UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 07-CV-6013

In Regard to the Matter of:

Bayside State Prison

Litigation

Opinion and Report

of the

Special Master

WILLIAM FACCONE,

        -vs-

WILLIAM H. FAUVER, et al,

        Defendants.


            *      *      *      *

        WEDNESDAY, FEBRUARY 13, 2008

            *      *      *      *


BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER



        MASTROIANNI & FORMAROLI, INC.

    Certified Court Reporting & Videoconferencing

        251 South White Horse Pike

        Audubon, New Jersey 08106

            856-546-1100

1
2
3              Transcript of proceedings in the above
4    matter taken by Theresa O. Mastroianni, Certified
5    Court Reporter, license number 30X100085700, and
6    Notary Public of the State of New Jersey at the
7    United States District Court House, One Gerry Plaza,
8    Camden, New Jersey, 08102, commencing at 9:30 AM.
9
10   A P P E A R A N C E S:
11
12        JAIME KAIGH, ESQUIRE
          32 NORTH BLACK HORSE PIKE
13        SUITE 5
          BLACKWOOD, NEW JERSEY 08012
14        ATTORNEYS FOR THE PLAINTIFFS
15
          RODNEY D. RAY, ESQUIRE
16        32 NORTH BLACK HORSE PIKE
          BLACKWOOD, NEW JERSEY  08012
17        856-232-3337
          ATTORNEYS FOR THE PLAINTIFFS
18
19
          ROSELLI & GRIEGEL, PC
20        BY:  JAMES LAZZARO, ESQUIRE
               - and -
21        BY:  KENNETH W. LOZIER, ESQUIRE
               - and -
22        BY:  STEVEN GRIEGEL, ESQUIRE
          1337 STATE HIGHWAY 33
23        HAMILTON SQUARE, NEW JERSEY  08690
          609-586-2257
24        ATTORNEYS FOR THE DEFENDANTS
25

1          JUDGE BISSELL:   I now turn to the opinion

2    regarding William Faccone.

3               For that purpose we will reopen the

4    record for a separate transcript in Mr. William

5    Faccone's case under docket number 07-6013.

6               I note once again, as I think I should

7    at the head of every transcript, that I am issuing an

8    oral opinion pursuant to Civil Rule 52.1 to be

9    submitted to me for revision as that rule

10   contemplates.  As finalized and filed this transcript

11   will constitute the "written report" required under

12   paragraph 7 of the Order of Reference to a Special

13   Master.  I am abiding by the provisions set forth in

14   that Order of Reference and incorporating the

15   requirements of the Special Master Agreement

16   regarding the duties and powers of the Special

17   Master.

18               Furthermore, as the guiding principles

19   of law in this matter, I incorporate by reference the

20   prior jury instructions as set forth in the Walker

21   and Mejias charges which have been suppled to me, to

22   the extent applicable to the issues and proofs in the

23   case at hand.

24               As to William Faccone, he recounts a

25   beating at the transcript of January 29th, 2008,

1    appearing at pages 196 through 200.  But the

2    continuity of back pain which he ascribes to this

3    event without ever having gone to a doctor, either

4    before or after his release from incarceration,

5    together with an assertion that he takes regularly 15

6    Advils a day, is just not credible.  It's an effort,

7    frankly, to exaggerate the permanency and severity of

8    his supposed injuries.  Indeed, it casts a shadow

9    over the credibility and weight to be accorded to his

10   testimony as a whole.

11            He asserted a number of cuts on his

12   face as a result of this incident, none of which were

13   stitched.  He's never said he had any cosmetic work

14   done.  However, I did not detect any scarring on his

15   face and he was sitting right next to me, nor does

16   the record reflect that that was asserted or that my

17   attention was drawn to the same.  I find it unlikely

18   that that would be so, if he were beaten as he

19   states.

20            He talks about having been beaten with

21   leaded gloves and large flashlights.  However, I

22   found the testimony of Officer Roberts, appearing

23   (perhaps as well as elsewhere) at pages 124 through

24   126 of the transcript as credible when he states that

25   leaded gloves are not permitted in the units.  Leaded

1    gloves, presumably weighted, are not permitted in the

2    units and large flashlights are not carried into the

3    units.

4           He mentioned that there were one or

5    more flashlights available, my recollection is in

6    central control, for necessary use.  But I find

7    Plaintiff's recounting of having been beaten with a

8    large flashlight is not credible.

9           There was an inconsistency between Mr.

10   Faccone's testimony here in court and his prior

11   answers to interrogatories and on deposition which,

12   although also somewhat time removed from the event,

13   were certainly closer to it than his day here in

14   court.  His interrogatory answers had no mention

15   about any orange being thrown nor did it name Officer

16   Roberts by name.  Indeed, the deposition stated that

17   Mr. Mitchell and not Mr. Roberts threw the orange.

18           There are discrepancies with regard to

19   the date of the visit by Ombudsman Quilles and

20   whether he did or did not show her his facial

21   injuries.

22           At the deposition he stated that the

23   assault was some two weeks after the lockdown started

24   rather than three to four days.  Once again, one

25   might excuse the differences in recollection of that

1    sort, but he was really quite insistent on that time

2    frame here.

3              Frankly, that had some significance

4    because through the testimony of Officer Roberts, it

5    was established that certain officers who visit a

6    unit such as that in which Mr. Faccone was housed

7    signed in and, indeed, signed in in red.  And there

8    are no indications on the dates in question that

9    either Roberts or Mitchell had signed in to that

10   unit.

11             I do not find it credible that somehow

12   or other they would have snuck into that unit to

13   single out Mr. Faccone or to deal with what may have

14   been an incident in which they thought he was

15   involved without signing in.  They risked more

16   dangers by doing that than they could possibly solve.

17             Accordingly, there is a real doubt cast

18   upon whether either Roberts or Mitchell was even

19   there at the incident.  The transcript of January

20   29th at pages 118 through 122 is among the sources of

21   the conclusion.

22             I also observed the demeanor of the

23   witnesses before me.  I'm not saying that Mr. Faccone

24   just oozed the aura of a liar, but as I said there

25   are some things in his testimony which I do not find

1    credible.

2              I felt that Mr. Roberts demeanor on the

3    witness stand was straightforward, but at the same

4    time he was not defensive and did not have any of

5    that sort of aura of police infallibility or

6    my-way-or-the-highway sort of approach that I have

7    seen all too often in the past, but not through him.

8    So I found his testimony credible on the significant

9    events.  I also considered the testimony of Mr.

10   Capiello, through his deposition, introduced as

11   Exhibit P-15.  While he supports the testimony of the

12   Plaintiff regarding the presence of Mitchell and

13   Roberts and the use of flashlights, that evidence has

14   been impeached for the reasons set forth above.  A

15   supposedly contemporaneous journal was referred to in

16   the record but not introduced into evidence as such;

17   therefore, that added little to the evidence

18   presented by Plaintiff.

19             Finally, although not every item of

20   evidence has been discussed in this opinion/report,

21   all evidence presented to the Special Master was

22   reviewed and considered.

23             Accordingly, my report as generated

24   here is that Mr. Faccone has failed to establish a

25   cause of action for a violation of any of his Eighth

Page 8

1    Amendment rights.  I recommend in this report that

2    the District Court enter a verdict of no cause for

3    action.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 9

1                       C E R T I F I C A T E

2

3          I, Theresa O. Mastroianni, a Notary Public and

4      Certified Shorthand Reporter of the State of New

5      Jersey, do hereby certify that the foregoing is a

6      true and accurate transcript of the testimony as

7      taken stenographically by and before me at the time,

8      place, and on the date hereinbefore set forth.

9          I DO FURTHER CERTIFY that I am neither a

10     relative nor employee nor attorney nor counsel of any

11     of the parties to this action, and that I am neither

12     a relative nor employee of such attorney or counsel,

13     and that I am not financially interested in the

14     action.

15

16

17

18

19     *Theresa O. Mastroianni*

       Theresa O. Mastroianni, C.S.R.

20     Notary Public, State of New Jersey

       My Commission Expires May 5, 2010

21     Certificate No. XI0857

       Date:   February 19, 2008

22

23

24

25

**A**

abiding 3:13
accorded 4:9
accurate 9:6
action 1:2 7:25
  8:3 9:11,14
added 7:17
Advils 4:6
Agreement 3:15
al 1:8
Amendment 8:1
answers 5:11,14
appearing 4:1
  4:22
applicable 3:22
approach 7:6
ascribes 4:2
assault 5:23
asserted 4:11,16
assertion 4:5
attention 4:17
attorney 9:10,12
ATTORNEYS
  2:14,17,24
Audubon 1:21
aura 6:24 7:5
available 5:5

**B**

back 4:2
Bayside 1:5
beaten 4:18,20
  5:7
beating 3:25
BISSELL 1:16
  3:1
BLACK 2:12,16
BLACKWOOD
  2:13,16

**C**

C 2:10 9:1,1
Camden 2:8
Capiello 7:10
carried 5:2
case 3:5,23

cast 6:17
casts 4:8
cause 7:25 8:2
central 5:6
certain 6:5
certainly 5:13
Certificate 9:21
Certified 1:20
  2:4 9:4
certify 9:5,9
charges 3:21
Civil 1:2 3:8
closer 5:13
commencing 2:8
Commission
  9:20
conclusion 6:21
considered 7:9
  7:22
constitute 3:11
contemplates
  3:10
contemporane...
  7:15
continuity 4:2
control 5:6
cosmetic 4:13
counsel 9:10,12
court 1:1,20 2:5
  2:7 5:10,14 8:2
credibility 4:9
credible 4:6,24
  5:8 6:11 7:1,8
cuts 4:11
C.S.R 9:19

**D**

D 2:15
dangers 6:16
date 5:19 9:8,21
dates 6:8
day 4:6 5:13
days 5:24
deal 6:13
Defendants 1:9
  2:24

defensive 7:4
demeanor 6:22
  7:2
deposition 5:11
  5:16,22 7:10
detect 4:14
differences 5:25
discrepancies
  5:18
discussed 7:20
District 1:1,2 2:7
  8:2
docket 3:5
doctor 4:3
doing 6:16
doubt 6:17
drawn 4:17
duties 3:16

**E**

E 2:10,10 9:1,1
effort 4:6
Eighth 7:25
either 4:3 6:9,18
employee 9:10
  9:12
enter 8:2
ESQUIRE 2:12
  2:15,20,21,22
establish 7:24
established 6:5
ct 1:8
event 4:3 5:12
events 7:9
evidence 7:13,16
  7:17,20,21
exaggerate 4:7
excuse 5:25
Exhibit 7:11
Expires 9:20
extent 3:22

**F**

F 9:1
Faccone 1:6 3:2
  3:24 6:6,13,23

7:24
Faccone's 3:5
  5:10
face 4:12,15
facial 5:20
failed 7:24
FAUVER 1:8
February 1:13
  9:21
felt 7:2
filed 3:10
finalized 3:10
Finally 7:19
financially 9:13
find 4:17 5:6
  6:11,25
flashlight 5:8
flashlights 4:21
  5:2,5 7:13
foregoing 9:5
FORMAROLI
  1:19
forth 3:13,20
  7:14 9:8
found 4:22 7:8
four 5:24
frame 6:2
frankly 4:7 6:3
FURTHER 9:9
Furthermore
  3:18

**G**

generated 7:23
Gerry 2:7
gloves 4:21,25
  5:1
GRIEGEL 2:19
  2:22
guiding 3:18

**H**

H 1:8
HAMILTON
  2:23
hand 3:23

head 3:7
hereinbefore 9:8
HIGHWAY
  2:22
HONORABLE
  1:16
Horse 1:20 2:12
  2:16
House 2:7
housed 6:6

**I**

impeached 7:14
incarceration
  4:4
incident 4:12
  6:14,19
inconsistency
  5:9
incorporate 3:19
incorporating
  3:14
indications 6:8
infallibility 7:5
injuries 4:8 5:21
insistent 6:1
instructions
  3:20
interested 9:13
interrogatories
  5:11
interrogatory
  5:14
introduced 7:10
  7:16
involved 6:15
issues 3:22
issuing 3:7
item 7:19

**J**

JAIME 2:12
JAMES 2:20
January 3:25
  6:19
Jersey 1:2,21 2:6

2:8,13,16,23
9:5,20
**JOHN** 1:16
**journal** 7:15
**JUDGE** 3:1
**jury** 3:20

**K**
**KAIGH** 2:12
**KENNETH** 2:21

**L**
**large** 4:21 5:2,8
**law** 3:19
**LAZZARO** 2:20
**leaded** 4:21,25
4:25
**liar** 6:24
**license** 2:5
**Litigation** 1:5
**little** 7:17
**lockdown** 5:23
**LOZIER** 2:21

**M**
**Master** 1:6,16
3:13,15,17
7:21
**Mastroianni**
1:19 2:4 9:3,19
**matter** 1:4 2:4
3:19
**Mejias** 3:21
**mention** 5:14
**mentioned** 5:4
**Mitchell** 5:17
6:9,18 7:12
**my-way-or-th...**
7:6

**N**
**N** 2:10
**name** 5:15,16
**necessary** 5:6
**neither** 9:9,11
**never** 4:13

**New** 1:2,21 2:6,8
2:13,16,23 9:4
9:20
**NORTH** 2:12,16
**Notary** 2:6 9:3
9:20
**note** 3:6
**number** 2:5 3:5
4:11

**O**
**O** 2:4 9:3,19
**observed** 6:22
**Officer** 4:22
5:15 6:4
**officers** 6:5
**Ombudsman**
5:19
**once** 3:6 5:24
**oozed** 6:24
**opinion** 1:5 3:1
3:8
**opinion/report**
7:20
**oral** 3:8
**orange** 5:15,17
**Order** 3:12,14

**P**
**P** 2:10,10
**pages** 4:1,23
6:20
**pain** 4:2
**paragraph** 3:12
**parties** 9:11
**PC** 2:19
**permanency** 4:7
**permitted** 4:25
5:1
**Pike** 1:20 2:12
2:16
**place** 9:8
**Plaintiff** 7:12,18
**PLAINTIFFS**
2:14,17
**Plaintiff's** 5:7

**Plaza** 2:7
**police** 7:5
**possibly** 6:16
**powers** 3:16
**presence** 7:12
**presented** 7:18
7:21
**presumably** 5:1
**principles** 3:18
**prior** 3:20 5:10
**Prison** 1:5
**proceedings** 2:3
**proofs** 3:22
**provisions** 3:13
**Public** 2:6 9:3,20
**purpose** 3:3
**pursuant** 3:8
**P-15** 7:11

**Q**
**question** 6:8
**Quilles** 5:19
**quite** 6:1

**R**
**R** 2:10 9:1
**RAY** 2:15
**real** 6:17
**really** 6:1
**reasons** 7:14
**recollection** 5:5
5:25
**recommend** 8:1
**record** 3:4 4:16
7:16
**recounting** 5:7
**recounts** 3:24
**red** 6:7
**reference** 3:12
3:14,19
**referred** 7:15
**reflect** 4:16
**regard** 1:4 5:18
**regarding** 3:2,16
7:12
**regularly** 4:5

**relative** 9:10,12
**release** 4:4
**removed** 5:12
**reopen** 3:3
**report** 1:5 3:11
7:23 8:1
**Reporter** 2:5 9:4
**Reporting** 1:20
**required** 3:11
**requirements**
3:15
**result** 4:12
**reviewed** 7:22
**revision** 3:9
**right** 4:15
**rights** 8:1
**risked** 6:15
**Roberts** 4:22
5:16,17 6:4,9
6:18 7:2,13
**RODNEY** 2:15
**ROSELLI** 2:19
**rule** 3:8,9

**S**
**S** 2:10
**saying** 6:23
**scarring** 4:14
**seen** 7:7
**separate** 3:4
**set** 3:13,20 7:14
9:8
**severity** 4:7
**shadow** 4:8
**Shorthand** 9:4
**show** 5:20
**signed** 6:7,7,9
**significance** 6:3
**significant** 7:8
**signing** 6:15
**single** 6:13
**sitting** 4:15
**snuck** 6:12
**solve** 6:16
**somewhat** 5:12
**sort** 6:1 7:5,6

**sources** 6:20
**South** 1:20
**Special** 1:6,16
3:12,15,16
7:21
**SQUARE** 2:23
**stand** 7:3
**started** 5:23
**State** 1:5 2:6,22
9:4,20
**stated** 5:16,22
**states** 1:1 2:7
4:19,24
**stenographica...**
9:7
**STEVEN** 2:22
**stitched** 4:13
**straightforward**
7:3
**submitted** 3:9
**SUITE** 2:13
**suppled** 3:21
**supports** 7:11
**supposed** 4:8
**supposedly** 7:15

**T**
**T** 9:1,1
**taken** 2:4 9:7
**takes** 4:5
**talks** 4:20
**testimony** 4:10
4:22 5:10 6:4
6:25 7:8,9,11
9:6
**Theresa** 2:4 9:3
9:19
**things** 6:25
**think** 3:6
**thought** 6:14
**three** 5:24
**threw** 5:17
**thrown** 5:15
**time** 5:12 6:1 7:4
9:7
**transcript** 2:3

3:4,7,10,25
4:24 6:19 9:6
**true** 9:6
**turn** 3:1
**two** 5:23

**U**

**unit** 6:6,10,12
**United** 1:1 2:7
**units** 4:25 5:2,3
**use** 5:6 7:13

**V**

**verdict** 8:2
**Videoconfere...**
1:20
**violation** 7:25
**visit** 5:19 6:5
**vs** 1:7

**W**

**W** 1:16 2:21
**Walker** 3:20
**WEDNESDAY**
1:13
**weeks** 5:23
**weight** 4:9
**weighted** 5:1
**White** 1:20
**William** 1:6,8
3:2,4,24
**witness** 7:3
**witnesses** 6:23
**work** 4:13
**written** 3:11

**X**

**XI0857** 9:21

**0**

**07-CV-6013** 1:2
**07-6013** 3:5
**08012** 2:13,16
**08102** 2:8
**08106** 1:21
**08690** 2:23

**1**

**118** 6:20
**122** 6:20
**124** 4:23
**126** 4:24
**13** 1:13
**1337** 2:22
**15** 4:5
**19** 9:21
**196** 4:1

**2**

**200** 4:1
**2008** 1:13 3:25
9:21
**2010** 9:20
**251** 1:20
**29th** 3:25 6:20

**3**

**30X100085700**
2:5
**32** 2:12,16
**33** 2:22

**5**

**5** 2:13 9:20
**52.1** 3:8

**6**

**609-586-2257**
2:23

**7**

**7** 3:12

**8**

**856-232-3337**
2:17
**856-546-1100**
1:21

**9**

**9:30** 2:8