UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 07-CV-138

In Regard to the Matter of:

Bayside State Prison Litigation

Opinion and Report of the Special Master

VICTONIO GOLDEN,

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\* \* \* \*

WEDNESDAY, FEBRUARY 13, 2008

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

```
 1
 2
 3              Transcript of proceedings in the above
 4     matter taken by Theresa O. Mastroianni, Certified
 5     Court Reporter, license number 30X100085700, and
 6     Notary Public of the State of New Jersey at the
 7     United States District Court House, One Gerry Plaza,
 8     Camden, New Jersey, 08102, commencing at 9:30 AM.
 9
10     A P P E A R A N C E S:
11
12          JAIME KAIGH, ESQUIRE
            32 NORTH BLACK HORSE PIKE
13          SUITE 5
            BLACKWOOD, NEW JERSEY 08012
14          ATTORNEYS FOR THE PLAINTIFFS
15
            RODNEY D. RAY, ESQUIRE
16          32 NORTH BLACK HORSE PIKE
            BLACKWOOD, NEW JERSEY  08012
17          856-232-3337
            ATTORNEYS FOR THE PLAINTIFFS
18
19
            ROSELLI & GRIEGEL, PC
20          BY:  JAMES LAZZARO, ESQUIRE
                 - and -
21          BY:  KENNETH W. LOZIER, ESQUIRE
                 - and -
22          BY:  STEVEN GRIEGEL, ESQUIRE
            1337 STATE HIGHWAY 33
23          HAMILTON SQUARE, NEW JERSEY  08690
            609-586-2257
24          ATTORNEYS FOR THE DEFENDANTS
25
```

Page 3

1              JUDGE BISSELL:   I turn now to the
2    decision regarding the case brought by Victonio
3    Golden, docket number 08-138 and ask that that action
4    also be reopened for the purpose of generating this
5    transcript.
6              Once again, I am proceeding pursuant to
7    the parameters and perimeters of instructions to me
8    as set forth in the Order of Reference to a Special
9    Master and the Special Master Agreement.
10             I incorporate by reference the jury
11   instructions as set forth in the Walker and Mejias
12   charges as setting forth the underlying principles of
13   law against which these facts have been measured to
14   the extent they are applicable to the particular
15   issues in this case.  And this decision is being
16   issued in compliance with the obligation of a written
17   report as contemplated by the Special Master
18   Agreement, employing Local Civil Rule 52.1 for the
19   issuance thereof.
20             Victonio Golden describes a hit on his
21   head and a punch in his eye as having happened to him
22   in lockup upon his return from a court line date late
23   in August and shortly before his release from Bayside
24   on or about September 5, 1997.
25             The injuries were described as a hit on

1   the left back side of his head causing scarring, and
2   a punch to the left eye. And, indeed, those injuries
3   are both described and mentioned in the relatively
4   contemporaneous written statements that he gave which
5   have been entered into evidence as D-40 and D-41.
6              However, there are significant
7   discrepancies between the descriptions in those
8   contemporaneous documents and his testimony here in
9   court.
10             He does, indeed, associate the events
11  involved with the officer who was with him on his
12  court line date as well as on previous occasions.
13  However, in those documents, he does not place his
14  eye injury at the time stated in his testimony here
15  in court, but rather at a considerably earlier time
16  period in the month of August of 1997.
17             There are other discrepancies between
18  the report and his testimony here in court which I'm
19  not going to dwell on at any great length.
20             His testimony in court, therefore, was
21  really impeached by placing the events of both the
22  hit which caused the bleeding on his head and his eye
23  injury as taking place back in the lockup upon his
24  return from the court line proceeding rather than
25  earlier.

```
 1              Once again, there are other incredible
 2   aspects of his testimony.  The duration and severity
 3   of his headaches for a ten-and-a-half year period,
 4   resulting from a single blow to the head such as
 5   this, I do not find credible.
 6              And I might say I did examine the scar,
 7   its noticeable, it's in the area that he described, I
 8   have no reason to think that it didn't occur somehow
 9   and somewhere, but I'll have more to say about that
10   later.
11              Also, the delayed designation of
12   Officer Walker and the absence of any credible
13   evidence to identify him which, of course, led to my
14   direction that no matter what the outcome of this
15   case there would be no recommended judgment against
16   Officer Walker, has some impact upon the Plaintiff's
17   credibility generally.
18              As far as this record is concerned, the
19   reference to Officer Walker came out of the blue.
20   Indeed, in reviewing the transcript of post trial
21   motions, apparently the references before then were
22   to an Officer Morris who wasn't even mentioned here.
23              To reiterate, I find that the evidence
24   which he endeavors to describe here in court as
25   having taken place only upon his return to the
```

1  lockup, after his court line hearing, is fatally

2  inconsistent with the contemporaneous statements

3  which he offered regarding the placing of both his

4  head and eye injuries on a time line.

5        I find the testimony here in court

6  contrived, albeit for no particularly apparent

7  reason. But I have to measure it as it comes in

8  terms of its credibility and whether the plaintiff

9  has discharged his burden of proof by a preponderance

10 of the credible evidence. That trial testimony was

11 not credible and was impeached by his prior

12 statements which, of course, were offered for

13 impeachment purposes. Even though the eye injury was

14 observed upon his release and led to the generation

15 of D-40 and D-41 and the interviews by Internal

16 Affairs, I conclude nevertheless that there was no

17 adequate competent proof of exactly how, when, why

18 and by whom those injuries, in fact, occurred.

19       Finally, although not every item of

20 evidence has been discussed in this opinion/report,

21 all evidence presented to the Special Master was

22 reviewed and considered.

23       This plaintiff, therefore, has failed

24 to discharge his burden of proof and it will be my

25 recommendation in this written report that Mr. Golden

1   has not sustained his Eighth Amendment claims and

2   hence will have no recovery against anyone in his

3   case.  I recommend in this report that the District

4   Court enter a verdict of no cause for action.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E
 2
 3          I, Theresa O. Mastroianni, a Notary Public and
 4   Certified Shorthand Reporter of the State of New
 5   Jersey, do hereby certify that the foregoing is a
 6   true and accurate transcript of the testimony as
 7   taken stenographically by and before me at the time,
 8   place, and on the date hereinbefore set forth.
 9          I DO FURTHER CERTIFY that I am neither a
10   relative nor employee nor attorney nor counsel of any
11   of the parties to this action, and that I am neither
12   a relative nor employee of such attorney or counsel,
13   and that I am not financially interested in the
14   action.
15
16
17
18
19          _Theresa O. Mastroianni_
             Theresa O. Mastroianni, C.S.R.
20           Notary Public, State of New Jersey
             My Commission Expires May 5, 2010
21           Certificate No. XI0857
             Date:  February 19, 2008
22
23
24
25
```

**A**
absence 5:12
accurate 8:6
action 1:2 3:3
 7:4 8:11,14
adequate 6:17
Affairs 6:16
Agreement 3:9
 3:18
al 1:8
albeit 6:6
Amendment 7:1
apparent 6:6
apparently 5:21
applicable 3:14
area 5:7
aspects 5:2
associate 4:10
attorney 8:10,12
ATTORNEYS
 2:14,17,24
Audubon 1:21
August 3:23
 4:16

**B**
back 4:1,23
Bayside 1:5 3:23
BISSELL 1:16
 3:1
BLACK 2:12,16
BLACKWOOD
 2:13,16
bleeding 4:22
blow 5:4
blue 5:19
brought 3:2
burden 6:9,24

**C**
C 2:10 8:1,1
Camden 2:8
case 3:2,15 5:15
 7:3
cause 7:4
caused 4:22

causing 4:1
Certificate 8:21
Certified 1:20
 2:4 8:4
certify 8:5,9
charges 3:12
Civil 1:2 3:18
claims 7:1
comes 6:7
commencing 2:8
Commission
 8:20
competent 6:17
compliance 3:16
concerned 5:18
conclude 6:16
considerably
 4:15
considered 6:22
contemplated
 3:17
contemporane...
 4:4,8 6:2
contrived 6:6
counsel 8:10,12
course 5:13 6:12
court 1:1,20 2:5
 2:7 3:22 4:9,12
 4:15,18,20,24
 5:24 6:1,5 7:4
credibility 5:17
 6:8
credible 5:5,12
 6:10,11
C.S.R 8:19

**D**
D 2:15
date 3:22 4:12
 8:8,21
decision 3:2,15
Defendants 1:9
 2:24
delayed 5:11
describe 5:24
described 3:25

 4:3 5:7
describes 3:20
descriptions 4:7
designation 5:11
direction 5:14
discharge 6:24
discharged 6:9
discrepancies
 4:7,17
discussed 6:20
District 1:1,2 2:7
 7:3
docket 3:3
documents 4:8
 4:13
duration 5:2
dwell 4:19
D-40 4:5 6:15
D-41 4:5 6:15

**E**
E 2:10,10 8:1,1
earlier 4:15,25
Eighth 7:1
employee 8:10
 8:12
employing 3:18
endeavors 5:24
enter 7:4
entered 4:5
ESQUIRE 2:12
 2:15,20,21,22
et 1:8
events 4:10,21
evidence 4:5
 5:13,23 6:10
 6:20,21
exactly 6:17
examine 5:6
Expires 8:20
extent 3:14
eye 3:21 4:2,14
 4:22 6:4,13

**F**
F 8:1

fact 6:18
facts 3:13
failed 6:23
far 5:18
fatally 6:1
FAUVER 1:8
February 1:13
 8:21
Finally 6:19
financially 8:13
find 5:5,23 6:5
foregoing 8:5
FORMAROLI
 1:19
forth 3:8,11,12
 8:8
FURTHER 8:9

**G**
generally 5:17
generating 3:4
generation 6:14
Gerry 2:7
going 4:19
Golden 1:6 3:3
 3:20 6:25
great 4:19
GRIEGEL 2:19
 2:22

**H**
H 1:8
HAMILTON
 2:23
happened 3:21
head 3:21 4:1,22
 5:4 6:4
headaches 5:3
hearing 6:1
hereinbefore 8:8
HIGHWAY
 2:22
hit 3:20,25 4:22
HONORABLE
 1:16
Horse 1:20 2:12

 2:16
House 2:7

**I**
identify 5:13
impact 5:16
impeached 4:21
 6:11
impeachment
 6:13
inconsistent 6:2
incorporate 3:10
incredible 5:1
injuries 3:25 4:2
 6:4,18
injury 4:14,23
 6:13
instructions 3:7
 3:11
interested 8:13
Internal 6:15
interviews 6:15
involved 4:11
issuance 3:19
issued 3:16
issues 3:15
item 6:19

**J**
JAIME 2:12
JAMES 2:20
Jersey 1:2,21 2:6
 2:8,13,16,23
 8:5,20
JOHN 1:16
JUDGE 3:1
judgment 5:15
jury 3:10

**K**
KAIGH 2:12
KENNETH 2:21

**L**
late 3:22
law 3:13

**LAZZARO** 2:20
led 5:13 6:14
left 4:1,2
length 4:19
license 2:5
line 3:22 4:12,24
  6:1,4
**Litigation** 1:5
**Local** 3:18
lockup 3:22 4:23
  6:1
**LOZIER** 2:21

**M**

**Master** 1:6,16
  3:9,9,17 6:21
**Mastroianni**
  1:19 2:4 8:3,19
matter 1:4 2:4
  5:14
measure 6:7
measured 3:13
**Mejias** 3:11
mentioned 4:3
  5:22
month 4:16
**Morris** 5:22
motions 5:21

**N**

N 2:10
neither 8:9,11
nevertheless
  6:16
New 1:2,21 2:6,8
  2:13,16,23 8:4
  8:20
**NORTH** 2:12,16
**Notary** 2:6 8:3
  8:20
noticeable 5:7
number 2:5 3:3

**O**

O 2:4 8:3,19
obligation 3:16

observed 6:14
occasions 4:12
occur 5:8
occurred 6:18
offered 6:3,12
officer 4:11 5:12
  5:16,19,22
**Once** 3:6 5:1
**Opinion** 1:5
opinion/report
  6:20
**Order** 3:8
outcome 5:14

**P**

P 2:10,10
parameters 3:7
particular 3:14
particularly 6:6
parties 8:11
PC 2:19
perimeters 3:7
period 4:16 5:3
**Pike** 1:20 2:12
  2:16
place 4:13,23
  5:25 8:8
placing 4:21 6:3
plaintiff 6:8,23
**PLAINTIFFS**
  2:14,17
**Plaintiff's** 5:16
**Plaza** 2:7
post 5:20
preponderance
  6:9
presented 6:21
previous 4:12
principles 3:12
prior 6:11
**Prison** 1:5
proceeding 3:6
  4:24
proceedings 2:3
proof 6:9,17,24
**Public** 2:6 8:3,20

punch 3:21 4:2
purpose 3:4
purposes 6:13
pursuant 3:6

**R**

R 2:10 8:1
**RAY** 2:15
really 4:21
reason 5:8 6:7
recommend 7:3
recommendati...
  6:25
recommended
  5:15
record 5:18
recovery 7:2
reference 3:8,10
  5:19
references 5:21
**Regard** 1:4
regarding 3:2
  6:3
reiterate 5:23
relative 8:10,12
relatively 4:3
release 3:23 6:14
reopened 3:4
report 1:5 3:17
  4:18 6:25 7:3
**Reporter** 2:5 8:4
**Reporting** 1:20
resulting 5:4
return 3:22 4:24
  5:25
reviewed 6:22
reviewing 5:20
**RODNEY** 2:15
**ROSELLI** 2:19
**Rule** 3:18

**S**

S 2:10
scar 5:6
scarring 4:1
**September** 3:24

set 3:8,11 8:8
setting 3:12
severity 5:2
**Shorthand** 8:4
shortly 3:23
side 4:1
significant 4:6
single 5:4
**South** 1:20
**Special** 1:6,16
  3:8,9,17 6:21
**SQUARE** 2:23
**State** 1:5 2:6,22
  8:4,20
stated 4:14
statements 4:4
  6:2,12
**States** 1:1 2:7
stenographica...
  8:7
**STEVEN** 2:22
**SUITE** 2:13
sustained 7:1

**T**

T 8:1,1
taken 2:4 5:25
  8:7
ten-and-a-half
  5:3
terms 6:8
testimony 4:8,14
  4:18,20 5:2 6:5
  6:10 8:6
thereof 3:19
**Theresa** 2:4 8:3
  8:19
think 5:8
time 4:14,15 6:4
  8:7
transcript 2:3
  3:5 5:20 8:6
trial 5:20 6:10
true 8:6
turn 3:1

**U**

underlying 3:12
**United** 1:1 2:7

**V**

verdict 7:4
**Victonio** 1:6 3:2
  3:20
**Videoconfere...**
  1:20
vs 1:7

**W**

W 1:16 2:21
**Walker** 3:11
  5:12,16,19
wasn't 5:22
**WEDNESDAY**
  1:13
**White** 1:20
**WILLIAM** 1:8
written 3:16 4:4
  6:25

**X**

**XI0857** 8:21

**Y**

year 5:3

**0**

07-CV-138 1:2
08-138 3:3
08012 2:13,16
08102 2:8
08106 1:21
08690 2:23

**1**

13 1:13
1337 2:22
19 8:21
1997 3:24 4:16

**2**

2008 1:13 8:21
2010 8:20

**251** 1:20

---
**3**
---
**30X100085700**
2:5
**32** 2:12,16
**33** 2:22

---
**5**
---
**5** 2:13 3:24 8:20
**52.1** 3:18

---
**6**
---
**609-586-2257**
2:23

---
**8**
---
**856-232-3337**
2:17
**856-546-1100**
1:21

---
**9**
---
**9:30** 2:8