UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 07-CV-6011

In Regard to the Matter of:

Bayside State Prison                    Opinion and Report

Litigation                                        of the

                                                Special Master

JOSE ORTIZ,

            -vs-

WILLIAM H. FAUVER, et al,

            Defendants.

---

            *        *        *        *

        WEDNESDAY, FEBRUARY 13, 2008

            *        *        *        *

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

        MASTROIANNI & FORMAROLI, INC.

    Certified Court Reporting & Videoconferencing

            251 South White Horse Pike

            Audubon, New Jersey 08106

                856-546-1100

```
 1
 2
 3              Transcript of proceedings in the above
 4   matter taken by Theresa O. Mastroianni, Certified
 5   Court Reporter, license number 30XI00085700, and
 6   Notary Public of the State of New Jersey at the
 7   United States District Court House, One Gerry Plaza,
 8   Camden, New Jersey, 08102, commencing at 9:30 AM.
 9
10   A P P E A R A N C E S:
11
12        JAIME KAIGH, ESQUIRE
          32 NORTH BLACK HORSE PIKE
13        SUITE 5
          BLACKWOOD, NEW JERSEY 08012
14        ATTORNEYS FOR THE PLAINTIFFS
15
          RODNEY D. RAY, ESQUIRE
16        32 NORTH BLACK HORSE PIKE
          BLACKWOOD, NEW JERSEY  08012
17        856-232-3337
          ATTORNEYS FOR THE PLAINTIFFS
18
19
          ROSELLI & GRIEGEL, PC
20        BY:  JAMES LAZZARO, ESQUIRE
               - and -
21        BY:  KENNETH W. LOZIER, ESQUIRE
               - and -
22        BY:  STEVEN GRIEGEL, ESQUIRE
          1337 STATE HIGHWAY 33
23        HAMILTON SQUARE, NEW JERSEY  08690
          609-586-2257
24        ATTORNEYS FOR THE DEFENDANTS
25
```

1            JUDGE BISSELL:  All right.  We will reopen

2    the record for the purpose of a decision from the

3    special master consistent with the provisions of the

4    Order of Reference to Special Master and the Special

5    Master Agreement incorporated therein.

6            Opening in the matter of Jose Ortiz,

7    newly assigned docket number 07-6011, a separate

8    transcript in that matter should be generated for the

9    purpose of reflecting this opinion.

10            Pursuant to discussions with counsel

11    today and discussions by the Special Master with

12    Judges Kugler and Schneider, this decision, as in

13    every case submitted to me for plenary decision, will

14    be rendered pursuant to Local Civil Rule 52.1 which

15    reads in its entirety, and its mercifully brief, and

16    I quote:  "When an oral opinion is given in lieu of a

17    written opinion and is transcribed, the reporter

18    shall submit it to the judge for revision before it

19    is filed," close quote.

20            So I will follow that format and

21    request our reporter under the usual timetable to

22    provide to me a transcript of this opinion as

23    rendered for the purpose of its revision to the

24    extent that I deem it necessary.

25            This is not to be construed as an

1    invitation in itself for revision and/or applications

2    for reconsideration and the like by counsel.  In

3    other words, that revision is mine.  As finalized and

4    filed after such revisions, this transcript will

5    constitute the "written report" required under

6    paragraph 7 of the Order of Reference to a Special

7    Master.

8              Whether there are going to be

9    motions for reconsideration presented before me or

10   through whatever other review one might choose to

11   take from this opinion, of course, is going to have

12   to abide the decision of the respective counsel and

13   the governing rules of court.

14             There are certain provisions in the

15   agreements that guide the Master in the presentation

16   of this decision.  I'm to be guided by the prior

17   rulings of this court on evidentiary and legal

18   issues.  I'm directed to recommend to the district

19   court an award of nominal, compensatory and/or

20   punitive damages as provided by law and as if

21   rendered in a jury trial.  And I'm directed to

22   determine the award of any attorneys fees upon

23   application of the prevailing party.

24             I'd rather have a discussion at some

25   point further down the line with regard to attorney's

1    fee applications if, as and when there are cases on

2    which a plaintiff or more than one plaintiff

3    prevails, rather than deal with that today; although

4    we do have some extra time today, and if we want to

5    address that in a somewhat academic fashion, I

6    suppose we could.

7               As the first item of business in the

8    opinion itself I incorporate by reference the jury

9    instructions as set forth in the Walker and Mejias

10   charges and to the extent applicable to the case at

11   hand.

12              I'm now prepared to deal with the

13   specifics of the Ortiz case.

14              He describes the alleged incident at

15   the farm, the full minimum facility at cottage six on

16   October 13, 1997.

17              He alleges a beating as described at

18   the transcript for January 28th, 2008 at pages 107

19   through 111.

20              I find, however, that his testimony is

21   not sufficiently credible to sustain his burden of

22   proof that this beating took place.  I find that the

23   photograph taken with regard to the supposed injury

24   to his scalp is, in fact, demonstrative of a minor

25   scrape, nothing that would result in permanency.

1              Secondly, when sitting here on the

2    witness stand and asked to point to the apparent

3    residual marks on his head he pointed to a different

4    point on his head, the location as best I can recall

5    of approximately three welts on his forehead that

6    bore no resemblance to the contemporaneous photograph

7    and, frankly, did not in any way appear to be the

8    product of an incident some ten-and-a-half years ago.

9              I note also the discrepancy between the

10   location of his other injury as to whether it was on

11   his back or on his right side.  Apparently reported

12   as a right side injury initially, hence the

13   photograph of that area, and now more and more as he

14   testified at trial in the small of his back.

15              From the events as he described it, he

16   claims that he still has pains in his back and head

17   after ten-and-a-half years from the injuries he

18   describes.  Frankly, that is not credible and impacts

19   upon his credibility regarding a description of the

20   incident itself.

21              He made an effort to embellish before

22   the Master the extent of his back injury when in the

23   same transcript at page 112, line 18 he said:  "I had

24   a tumor come out of it."  Not an awful lot was made

25   of this, but it certainly is completely unsupported

1      and, as I said, smacked to me of an effort to

2      embellish injuries beyond the truth.

3                      P-10, the Crotty report, was introduced

4      into evidence.   I considered that also.   The reports

5      of inmates Anderson and Gonzalez do not corroborate

6      the type of beating as described by Mr. Ortiz.   At

7      most, they would sustain appropriate inferences that

8      he was pushed on to his bunk to hasten him getting

9      back there because the guards didn't feel he was

10     moving quickly enough and that in doing so his head

11     might have been forced against the wall.

12                     At most I would consider that an

13     exercise in disciplinary action to reinforce the

14     command of the officers.   And, once again, the scrape

15     on the forehead was minimal and not rising to the

16     level of anything like the injury that he complains

17     of or endeavors to persuade the Master about.

18                     Finally, although not every item of

19     evidence has been discussed in this opinion/report,

20     all evidence presented to the Special Master was

21     reviewed and considered.

22                     Accordingly, as I said, I find that

23     this plaintiff has not sustained his burden of proof

24     by a preponderance of the credible evidence with

25     regard to an Eighth Amendment violation.   Indeed,

Page 8

1    the conclusion of Mr. Crotty, in his report P-10,

2    that this event was, indeed, unsubstantiated is the

3    same conclusion reached by myself.  I recommend in

4    this report that the District Court enter a verdict

5    of no cause for action.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 9

```
 1                    C E R T I F I C A T E

 2

 3          I, Theresa O. Mastroianni, a Notary Public and

 4      Certified Shorthand Reporter of the State of New

 5      Jersey, do hereby certify that the foregoing is a

 6      true and accurate transcript of the testimony as

 7      taken stenographically by and before me at the time,

 8      place, and on the date hereinbefore set forth.

 9          I DO FURTHER CERTIFY that I am neither a

10      relative nor employee nor attorney nor counsel of any

11      of the parties to this action, and that I am neither

12      a relative nor employee of such attorney or counsel,

13      and that I am not financially interested in the

14      action.

15

16

17

18

19      _____

            Theresa O. Mastroianni, C.S.R.

20          Notary Public, State of New Jersey

            My Commission Expires May 5, 2010

21          Certificate No. XI0857

            Date:   February 19, 2008

22

23

24

25
```

## A
abide 4:12
academic 5:5
accurate 9:6
action 1:2 7:13
  8:5 9:11,14
address 5:5
ago 6:8
Agreement 3:5
agreements 4:15
al 1:8
alleged 5:14
alleges 5:17
Amendment
  7:25
Anderson 7:5
and/or 4:1,19
apparent 6:2
Apparently 6:11
appear 6:7
applicable 5:10
application 4:23
applications 4:1
  5:1
appropriate 7:7
approximately
  6:5
area 6:13
asked 6:2
assigned 3:7
attorney 9:10,12
attorneys 2:14
  2:17,24 4:22
attorney's 4:25
Audubon 1:21
award 4:19,22
awful 6:24

## B
back 6:11,14,16
  6:22 7:9
Bayside 1:5
beating 5:17,22
  7:6
best 6:4
beyond 7:2

BISSELL 1:16
  3:1
BLACK 2:12,16
BLACKWOOD
  2:13,16
bore 6:6
brief 3:15
bunk 7:8
burden 5:21
  7:23
business 5:7

## C
C 2:10 9:1,1
Camden 2:8
case 3:13 5:10
  5:13
cases 5:1
cause 8:5
certain 4:14
certainly 6:25
Certificate 9:21
Certified 1:20
  2:4 9:4
certify 9:5,9
charges 5:10
choose 4:10
Civil 1:2 3:14
claims 6:16
close 3:19
come 6:24
command 7:14
commencing 2:8
Commission
  9:20
compensatory
  4:19
complains 7:16
completely 6:25
conclusion 8:1,3
consider 7:12
considered 7:4
  7:21
consistent 3:3
constitute 4:5
construed 3:25

contemporane...
  6:6
corroborate 7:5
cottage 5:15
counsel 3:10 4:2
  4:12 9:10,12
course 4:11
court 1:1,20 2:5
  2:7 4:13,17,19
  8:4
credibility 6:19
credible 5:21
  6:18 7:24
Crotty 7:3 8:1
C.S.R 9:19

## D
D 2:15
damages 4:20
date 9:8,21
deal 5:3,12
decision 3:2,12
  3:13 4:12,16
deem 3:24
Defendants 1:9
  2:24
demonstrative
  5:24
described 5:17
  6:15 7:6
describes 5:14
  6:18
description 6:19
determine 4:22
different 6:3
directed 4:18,21
disciplinary
  7:13
discrepancy 6:9
discussed 7:19
discussion 4:24
discussions 3:10
  3:11
district 1:1,2 2:7
  4:18 8:4
docket 3:7

doing 7:10

## E
E 2:10,10 9:1,1
effort 6:21 7:1
Eighth 7:25
embellish 6:21
  7:2
employee 9:10
  9:12
endeavors 7:17
enter 8:4
entirety 3:15
ESQUIRE 2:12
  2:15,20,21,22
et 1:8
event 8:2
events 6:15
evidence 7:4,19
  7:20,24
evidentiary 4:17
exercise 7:13
Expires 9:20
extent 3:24 5:10
  6:22
extra 5:4

## F
F 9:1
facility 5:15
fact 5:24
farm 5:15
fashion 5:5
FAUVER 1:8
February 1:13
  9:21
fee 5:1
feel 7:9
fees 4:22
filed 3:19 4:4
finalized 4:3
Finally 7:18
financially 9:13
find 5:20,22
  7:22
first 5:7

follow 3:20
forced 7:11
foregoing 9:5
forehead 6:5
  7:15
FORMAROLI
  1:19
format 3:20
forth 5:9 9:8
frankly 6:7,18
full 5:15
further 4:25 9:9

## G
generated 3:8
Gerry 2:7
getting 7:8
given 3:16
going 4:8,11
Gonzalez 7:5
governing 4:13
GRIEGEL 2:19
  2:22
guards 7:9
guide 4:15
guided 4:16

## H
H 1:8
HAMILTON
  2:23
hand 5:11
hasten 7:8
head 6:3,4,16
  7:10
hereinbefore 9:8
HIGHWAY
  2:22
HONORABLE
  1:16
Horse 1:20 2:12
  2:16
House 2:7

## I
impacts 6:18

incident 5:14 6:8
6:20
incorporate 5:8
incorporated
3:5
inferences 7:7
initially 6:12
injuries 6:17 7:2
injury 5:23 6:10
6:12,22 7:16
inmates 7:5
instructions 5:9
interested 9:13
introduced 7:3
invitation 4:1
issues 4:18
item 5:7 7:18

**J**
JAIME 2:12
JAMES 2:20
January 5:18
Jersey 1:2,21 2:6
2:8,13,16,23
9:5,20
JOHN 1:16
Jose 1:6 3:6
judge 3:1,18
Judges 3:12
jury 4:21 5:8

**K**
KAIGH 2:12
KENNETH 2:21
Kugler 3:12

**L**
law 4:20
LAZZARO 2:20
legal 4:17
level 7:16
license 2:5
lieu 3:16
line 4:25 6:23
Litigation 1:5
Local 3:14

location 6:4,10
lot 6:24
LOZIER 2:21

**M**
marks 6:3
master 1:6,16
3:3,4,5,11 4:7
4:15 6:22 7:17
7:20
Mastroianni
1:19 2:4 9:3,19
matter 1:4 2:4
3:6,8
Mejias 5:9
mercifully 3:15
mine 4:3
minimal 7:15
minimum 5:15
minor 5:24
motions 4:9
moving 7:10

**N**
N 2:10
necessary 3:24
neither 9:9,11
New 1:2,21 2:6,8
2:13,16,23 9:4
9:20
newly 3:7
nominal 4:19
NORTH 2:12,16
Notary 2:6 9:3
9:20
note 6:9
number 2:5 3:7

**O**
O 2:4 9:3,19
October 5:16
officers 7:14
once 7:14
Opening 3:6
opinion 1:5 3:9
3:16,17,22

4:11 5:8
opinion/report
7:19
oral 3:16
Order 3:4 4:6
Ortiz 1:6 3:6
5:13 7:6

**P**
P 2:10,10
page 6:23
pages 5:18
pains 6:16
paragraph 4:6
parties 9:11
party 4:23
PC 2:19
permanency
5:25
persuade 7:17
photograph
5:23 6:6,13
Pike 1:20 2:12
2:16
place 5:22 9:8
plaintiff 5:2,2
7:23
PLAINTIFFS
2:14,17
Plaza 2:7
plenary 3:13
point 1:4 4:25 6:2,4
pointed 6:3
prepared 5:12
preponderance
7:24
presentation
4:15
presented 4:9
7:20
prevailing 4:23
prevails 5:3
prior 4:16
Prison 1:5
proceedings 2:3
product 6:8

proof 5:22 7:23
provide 3:22
provided 4:20
provisions 3:3
4:14
Public 2:6 9:3,20
punitive 4:20
purpose 3:2,9,23
pursuant 3:10
3:14
pushed 7:8
P-10 7:3 8:1

**Q**
quickly 7:10
quote 3:16,19

**R**
R 2:10 9:1
RAY 2:15
reached 8:3
reads 3:15
recall 6:4
recommend
4:18 8:3
reconsideration
4:2,9
record 3:2
reference 3:4
4:6 5:8
reflecting 3:9
regard 1:4 4:25
5:23 7:25
regarding 6:19
reinforce 7:13
relative 9:10,12
rendered 3:14
3:23 4:21
reopen 3:1
report 1:5 4:5
7:3 8:1,4
reported 6:11
reporter 2:5
3:17,21 9:4
Reporting 1:20
reports 7:4

request 3:21
required 4:5
resemblance 6:6
residual 6:3
respective 4:12
result 5:25
review 4:10
reviewed 7:21
revision 3:18,23
4:1,3
revisions 4:4
right 3:1 6:11,12
rising 7:15
RODNEY 2:15
ROSELLI 2:19
Rule 3:14
rules 4:13
rulings 4:17

**S**
S 2:10
scalp 5:24
Schneider 3:12
scrape 5:25 7:14
Secondly 6:1
separate 3:7
set 5:9 9:8
Shorthand 9:4
side 6:11,12
sitting 6:1
six 5:15
smacked 7:1
small 6:14
somewhat 5:5
South 1:20
special 1:6,16
3:3,4,4,11 4:6
7:20
specifics 5:13
SQUARE 2:23
stand 6:2
State 1:5 2:6,22
9:4,20
States 1:1 2:7
stenographica...
9:7

**STEVEN** 2:22
**submit** 3:18
**submitted** 3:13
**sufficiently** 5:21
**SUITE** 2:13
**suppose** 5:6
**supposed** 5:23
**sustain** 5:21 7:7
**sustained** 7:23

**T**
**T** 9:1,1
**take** 4:11
**taken** 2:4 5:23
  9:7
**ten-and-a-half**
  6:8,17
**testified** 6:14
**testimony** 5:20
  9:6
**Theresa** 2:4 9:3
  9:19
**three** 6:5
**time** 5:4 9:7
**timetable** 3:21
**today** 3:11 5:3,4
**transcribed** 3:17
**transcript** 2:3
  3:8,22 4:4 5:18
  6:23 9:6
**trial** 4:21 6:14
**true** 9:6
**truth** 7:2
**tumor** 6:24
**type** 7:6

**U**
**United** 1:1 2:7
**unsubstantiated**
  8:2
**unsupported**
  6:25
**usual** 3:21

**V**
**verdict** 8:4

**Videoconfere...**
  1:20
**violation** 7:25
**vs** 1:7

**W**
**W** 1:16 2:21
**Walker** 5:9
**wall** 7:11
**want** 5:4
**way** 6:7
**WEDNESDAY**
  1:13
**welts** 6:5
**White** 1:20
**WILLIAM** 1:8
**witness** 6:2
**words** 4:3
**written** 3:17 4:5

**X**
**XI0857** 9:21

**Y**
**years** 6:8,17

**0**
**07-CV-6011** 1:2
**07-6011** 3:7
**08012** 2:13,16
**08102** 2:8
**08106** 1:21
**08690** 2:23

**1**
**107** 5:18
**111** 5:19
**112** 6:23
**13** 1:13 5:16
**1337** 2:22
**18** 6:23
**19** 9:21
**1997** 5:16

**2**
**2008** 1:13 5:18
  9:21

**2010** 9:20
**251** 1:20
**28th** 5:18

**3**
**30X100085700**
  2:5
**32** 2:12,16
**33** 2:22

**5**
**5** 2:13 9:20
**52.1** 3:14

**6**
**609-586-2257**
  2:23

**7**
**7** 4:6

**8**
**856-232-3337**
  2:17
**856-546-1100**
  1:21

**9**
**9:30** 2:8