UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 07-CV-6016

---

In Regard to the Matter of:

Bayside State Prison                    Opinion and Report

Litigation                                    Of the

                                          Special Master

MICHAEL HINDERSON

         -vs-

WILLIAM H. FAUVER, et al,

         Defendants.

---

\* \* \* \*

WEDNESDAY, FEBRUARY 13, 2008

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

Page 2

```
 1
 2
 3              Transcript of proceedings in the above
 4     matter taken by Theresa O. Mastroianni, Certified
 5     Court Reporter, license number 30X100085700, and
 6     Notary Public of the State of New Jersey at the
 7     United States District Court House, One Gerry Plaza,
 8     Camden, New Jersey, 08102, commencing at 9:30 AM.
 9
10     A P P E A R A N C E S:
11
12          JAIME KAIGH, ESQUIRE
            32 NORTH BLACK HORSE PIKE
13          SUITE 5
            BLACKWOOD, NEW JERSEY 08012
14          ATTORNEYS FOR THE PLAINTIFFS
15
            RODNEY D. RAY, ESQUIRE
16          32 NORTH BLACK HORSE PIKE
            BLACKWOOD, NEW JERSEY  08012
17          856-232-3337
            ATTORNEYS FOR THE PLAINTIFFS
18
19          ROSELLI & GRIEGEL, PC
            BY:   JAMES LAZZARO, ESQUIRE
20                - and -
            BY:   KENNETH W. LOZIER, ESQUIRE
21          1337 STATE HIGHWAY 33
            HAMILTON SQUARE, NEW JERSEY 08690
22          609-586-2257
            ATTORNEYS FOR THE DEFENDANTS
23
24
25
```

1    JUDGE BISSELL: I turn now to the
2    decision involving Michael Hinderson.
3         This opinion/report is being issued
4    pursuant to the directives of the Order of Reference
5    to a Special Master and the Special Master's
6    Agreement, and the guiding principles of law which
7    underlie this decision, to be applied to the facts
8    upon which it is based, are as set forth in the jury
9    instructions in the Walker and Mejias jury charges to
10   the extent applicable to the allegations in Mr.
11   Hinderson's case. As finalized after review under
12   Local Civil Rule 52.1, this transcript constitutes
13   the written report required under paragraph 7 of the
14   Order of Reference to a Special Master.
15         We are opening up the record in the
16   case of Michael Hinderson, plaintiff, case number
17   07-6016.
18         Mr. Hinderson was housed in trailer
19   number three. He testified that on August 1st of '97
20   the SOG unit came to his trailer and as they
21   approached him he heard them yell, quote, "There is
22   one on D-7 down," close quote, which he inferred (I
23   believe accurately) meant that he as a homosexual had
24   been identified as being in that location and on that
25   bunk.

1           He was stripped and directed to lie
2   naked face down on the floor.  In the course of
3   having him in this position, one of the officers
4   began to use his night stick, baton, however one
5   wants to describe it, to massage and play around with
6   his buttocks.  Although he was not penetrated, it was
7   perfectly clear to Mr. Hinderson, and frankly to
8   anyone analyzing the testimony, that this was an
9   effort at sexual teasing which was designed to
10  embarrass Mr. Hinderson and did so.
11          When he flinched at this type of
12  activity which he did on more than one occasion, he
13  was hit with the night stick because he wasn't being
14  perfectly still as directed.  I find that some seven
15  hard painful hits in his ribs and lower back and neck
16  were inflicted.  These hits included not only being
17  struck with the baton, but also being kicked.
18          Plaintiff testified that he still
19  suffers from chronic back and neck pain as a result
20  of these incidents.  I'll have a little more to say
21  about that later because, based upon the nature of
22  his own description of these events and, frankly, the
23  exercise of some rather plain common sense which any
24  fact finder is asked to do, I do not find that he
25  would have chronic back and neck pain of this

1    duration over the course of ten-and-a-half years.

2            However, as I said, I'll have more to

3    say about that later.

4            He did, however, receive Motrin for his

5    back and headaches after he went to the full minimum

6    farm at Bayside in or about December of '97.

7            He began to complain of this event only

8    when he got to the farm unit and then did not mention

9    that the source was a beating.  He also did not make

10   any contemporaneous reports or subsequent reports of

11   this beating to either the ombudsman, internal

12   affairs or anyone else then and there.

13           Once again, this is not without some

14   reason or level of understanding given the

15   intimidating atmosphere that pervaded this location

16   and the fact that retribution could be expected.

17           We are not dealing with exhaustion of

18   administrative remedies claim in this particular

19   case, so I'm not saying that this observation will

20   bind or preclude the raising of that defense in other

21   cases.  But it certainly is, at least, an explanation

22   as to why he did not do so and, therefore, the fact

23   of non-reporting does not adversely impact his

24   credibility with regard to the injuries suffered, at

25   least not in this case.

1          To be frank, his testimony was not
2    without some sources of impeachment.  He's used in
3    the course of his life 15 different aliases
4    accompanied by Social Security numbers.  I note the
5    reference to that event in the transcript of the 31st
6    of January, 2008 at page 69.  He never sought
7    physical therapy anywhere at any time for these
8    injuries.  Despite several opportunities up through
9    2001, he did not make reference to the fact that his
10   buttocks area had been involved in the assault.
11   Frankly, he's one who knows how to play the system
12   because he likes the lower bunk and has come to
13   realize that, if you complain of back pain and
14   perhaps support that with applications for
15   medication, you're likely to get the lower bunk.
16             On the other hand, at least by the time
17   he was in Southern State Prison in the year 2000 he
18   did recount to the nurse there the Bayside beating
19   and ascribed to it the injuries which he sustained
20   including the continuing pain.
21             I find also from the record that in or
22   about March of 2001 he fell out of a bunk at Southern
23   State and among other things received a collar for
24   his neck pain.  Frankly, I determine that this is an
25   intervening cause, that more than likely is the

1   source of continuing or at least any aggravated pain

2   in his back and neck thereafter.

3           I find it reasonable under all the

4   circumstances both in terms of time and events to

5   ascribe to this defendant a measure of back and neck

6   pain not as aggravated or exaggerated as he would

7   have us believe, but nevertheless as the result of

8   the beating inflicted upon him.

9           I'm going to recommend a recovery for

10  Mr. Henderson based upon the entire record here

11  including the references that I have made.

12          Frankly, there is an inherent basis for

13  the truth in this. He was ID'd from the outset of

14  this incident as a homosexual. It was, of course, a

15  homosexual that had killed Mr. Baker not two days

16  before. It's entirely reasonable and I think an

17  appropriate inference from the facts as a whole that

18  particularly in the immediate wake of this homicide

19  by a member of the homosexual community (if you want

20  to call it that) at the Bayside Prison, a little

21  extra treatment, a little extra retaliation, more

22  than a little extra physical impact would be visited

23  upon other known homosexuals in the Bayside Prison

24  population.

25          The actions directed against this

1   Plaintiff go well beyond the necessity of any proper

2   law enforcement needs or any proper exercise of

3   discipline or other legitimate penological purpose as

4   well defined in the jury instructions which I have

5   incorporated here.

6              There was, indeed, excessive and

7   unnecessary and, indeed, sadistic force imposed upon

8   Mr. Hinderson here within the contemplation of those

9   legal principles.

10             However, particularly in light of the

11  fact that the striking of Mr. Hinderson was neither

12  terribly intense nor prolonged, I do not find that

13  the beating visited upon him rose to the level of

14  being so egregious as to support a claim for punitive

15  damages against at least the officers.

16             Now, I realize, of course, the officers

17  were unidentified here, but there will come a time

18  when the issue arises as to what is the significance

19  of conduct by the perpetrators in terms of any impact

20  that that might have upon efforts to establish

21  supervisor liability.

22             So here I want to make it perfectly

23  clear that I do make a finding that the conduct,

24  although actionable and one which would support an

25  award of compensatory damages, was not so egregious

```
 1    as to support an award of punitive damages, under
 2    applicable legal standards.
 3              Finally, although not every item of
 4    evidence has been discussed in this opinion/report,
 5    all evidence presented to the Special Master was
 6    reviewed and considered.
 7              As I mentioned to you before, I find
 8    the allegations of injuries as described here was
 9    quite exaggerated both in duration and in its
10    severity.  I accordingly recommend in this report
11    that the District Court enter an award of
12    compensatory damages in the amount of three thousand
13    dollars.
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:97-cv-05127-RBK-JS   Document 1003   Filed 02/13/08   Page 10 of 13 PageID: 7736

February 13, 2008

Page 10

1           C E R T I F I C A T E

2

3        I, Theresa O. Mastroianni, a Notary Public and

4   Certified Shorthand Reporter of the State of New

5   Jersey, do hereby certify that the foregoing is a

6   true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth.

9        I DO FURTHER CERTIFY that I am neither a

10  relative nor employee nor attorney nor counsel of any

11  of the parties to this action, and that I am neither

12  a relative nor employee of such attorney or counsel,

13  and that I am not financially interested in the

14  action.

15

16

17

18

19  _Theresa O. Mastroianni_
    Theresa O. Mastroianni, C.S.R.
20  Notary Public, State of New Jersey
    My Commission Expires May 5, 2010
21  Certificate No. XI0857
    Date:   February 19, 2008

22

23

24

25

info@mfreporting.com          Mastroianni & Formaroli, Inc.          856-546-1100
                              Professionals Serving Professionals

## A

accompanied 6:4
accurate 10:6
accurately 3:23
action 1:2 10:11 10:14
actionable 8:24
actions 7:25
activity 4:12
administrative 5:18
adversely 5:23
affairs 5:12
aggravated 7:1 7:6
Agreement 3:6
al 1:8
aliases 6:3
allegations 3:10 9:8
amount 9:12
analyzing 4:8
applicable 3:10 9:2
applications 6:14
applied 3:7
approached 3:21
appropriate 7:17
area 6:10
arises 8:18
ascribe 7:5
ascribed 6:19
asked 4:24
assault 6:10
atmosphere 5:15
attorney 10:10 10:12
ATTORNEYS 2:14,17,22
Audubon 1:20
August 3:19
award 8:25 9:1 9:11

## B

back 4:15,19,25 5:5 6:13 7:2,5
Baker 7:15
based 3:8 4:21 7:10
basis 7:12
baton 4:4,17
Bayside 1:5 5:6 6:18 7:20,23
beating 5:9,11 6:18 7:8 8:13
began 4:4 5:7
believe 3:23 7:7
beyond 8:1
bind 5:20
BISSELL 1:15 3:1
BLACK 2:12,16
BLACKWOOD 2:13,16
bunk 3:25 6:12 6:15,22
buttocks 4:6 6:10

## C

C 2:10 10:1,1
call 7:20
Camden 2:8
case 3:11,16,16 5:19,25
cases 5:21
cause 6:25
certainly 5:21
Certificate 10:21
Certified 1:19 2:4 10:4
certify 10:5,9
charges 3:9
chronic 4:19,25
circumstances 7:4
Civil 1:2 3:12
claim 5:18 8:14
clear 4:7 8:23
close 3:22
collar 6:23
come 6:12 8:17
commencing 2:8
Commission 10:20
common 4:23
community 7:19
compensatory 8:25 9:12
complain 5:7 6:13
conduct 8:19,23
considered 9:6
constitutes 3:12
contemplation 8:8
contemporane... 5:10
continuing 6:20 7:1
counsel 10:10,12
course 4:2 5:1 6:3 7:14 8:16
Court 1:1,19 2:5 2:7 9:11
credibility 5:24
C.S.R 10:19

## D

D 2:15
damages 8:15,25 9:1,12
date 10:8,21
days 7:15
dealing 5:17
December 5:6
decision 3:2,7
defendant 7:5
Defendants 1:9 2:22
defense 5:20
defined 8:4
describe 4:5
described 9:8
description 4:22
designed 4:9
Despite 6:8
determine 6:24
different 6:3
directed 4:1,14 7:25
directives 3:4
discipline 8:3
discussed 9:4
District 1:1,2 2:7 9:11
dollars 9:13
duration 5:1 9:9
D-7 3:22

## E

E 2:10,10 10:1,1
effort 4:9
efforts 8:20
egregious 8:14 8:25
either 5:11
embarrass 4:10
employee 10:10 10:12
enforcement 8:2
enter 9:11
entire 7:10
entirely 7:16
ESQUIRE 2:12 2:15,19,20
establish 8:20
et 1:8
event 5:7 6:5
events 4:22 7:4
evidence 9:4,5
exaggerated 7:6 9:9
excessive 8:6
exercise 4:23 8:2
exhaustion 5:17
expected 5:16
Expires 10:20
explanation 5:21
extent 3:10
extra 7:21,21,22

## F

F 10:1
face 4:2
fact 4:24 5:16,22 6:9 8:11
facts 3:7 7:17
farm 5:6,8
FAUVER 1:8
February 1:12 10:21
fell 6:22
finalized 3:11
Finally 9:3
financially 10:13
find 4:14,24 6:21 7:3 8:12 9:7
finder 4:24
finding 8:23
flinched 4:11
floor 4:2
force 8:7
foregoing 10:5
FORMAROLI 1:19
forth 3:8 10:8
frank 6:1
frankly 4:7,22 6:11,24 7:12
full 5:5
FURTHER 10:9

## G

Gerry 2:7
given 5:14
go 8:1
going 7:9
GRIEGEL 2:19
guiding 3:6

**H**
H 1:8
HAMILTON 2:21
hand 6:16
hard 4:15
headaches 5:5
heard 3:21
hereinbefore 10:8
HIGHWAY 2:21
Hinderson 1:6 3:2,16,18 4:7 4:10 7:10 8:8 8:11
Hinderson's 3:11
hit 4:13
hits 4:15,16
homicide 7:18
homosexual 3:23 7:14,15 7:19
homosexuals 7:23
HONORABLE 1:15
Horse 1:20 2:12 2:16
House 2:7
housed 3:18

**I**
identified 3:24
ID'd 7:13
immediate 7:18
impact 5:23 7:22 8:19
impeachment 6:2
imposed 8:7
incident 7:14
incidents 4:20
included 4:16
including 6:20 7:11
incorporated 8:5
inference 7:17
inferred 3:22
inflicted 4:16 7:8
inherent 7:12
injuries 5:24 6:8 6:19 9:8
instructions 3:9 8:4
intense 8:12
interested 10:13
internal 5:11
intervening 6:25
intimidating 5:15
involved 6:10
involving 3:2
issue 8:18
issued 3:3
item 9:3

**J**
JAIME 2:12
JAMES 2:19
January 6:6
Jersey 1:2,20 2:6 2:8,13,16,21 10:5,20
JOHN 1:15
JUDGE 3:1
jury 3:8,9 8:4

**K**
KAIGH 2:12
KENNETH 2:20
kicked 4:17
killed 7:15
known 7:23
knows 6:11

**L**
law 3:6 8:2
LAZZARO 2:19
legal 8:9 9:2
legitimate 8:3
level 5:14 8:13
liability 8:21
license 2:5
lie 4:1
life 6:3
light 8:10
likes 6:12
Litigation 1:5
little 4:20 7:20 7:21,22
Local 3:12
location 3:24 5:15
lower 4:15 6:12 6:15
LOZIER 2:20

**M**
March 6:22
massage 4:5
Master 1:6,15 3:5,14 9:5
Master's 3:5
Mastroianni 1:19 2:4 10:3 10:19
matter 1:4 2:4
meant 3:23
measure 7:5
medication 6:15
Mejias 3:9
member 7:19
mention 5:8
mentioned 9:7
Michael 1:6 3:2 3:16
minimum 5:5
Motrin 5:4

**N**
N 2:10
naked 4:2
nature 4:21
necessity 8:1
neck 4:15,19,25 6:24 7:2,5
needs 8:2
neither 8:11 10:9,11
never 6:6
nevertheless 7:7
New 1:2,20 2:6,8 2:13,16,21 10:4,20
night 4:4,13
non-reporting 5:23
NORTH 2:12,16
Notary 2:6 10:3 10:20
note 6:4
number 2:5 3:16 3:19
numbers 6:4
nurse 6:18

**O**
O 2:4 10:3,19
observation 5:19
occasion 4:12
officers 4:3 8:15 8:16
ombudsman 5:11
Once 5:13
opening 3:15
Opinion 1:5
opinion/report 3:3 9:4
opportunities 6:8
Order 3:4,14
outset 7:13

**P**
P 2:10,10
page 6:6
pain 4:19,25 6:13,20,24 7:1 7:6
painful 4:15
paragraph 3:13
particular 5:18
particularly 7:18 8:10
parties 10:11
PC 2:19
penetrated 4:6
penological 8:3
perfectly 4:7,14 8:22
perpetrators 8:19
pervaded 5:15
physical 6:7 7:22
Pike 1:20 2:12 2:16
place 10:8
plain 4:23
plaintiff 3:16 4:18 8:1
PLAINTIFFS 2:14,17
play 4:5 6:11
Plaza 2:7
population 7:24
position 4:3
preclude 5:20
presented 9:5
principles 3:6 8:9
Prison 1:5 6:17 7:20,23
proceedings 2:3
prolonged 8:12
proper 8:1,2
Public 2:6 10:3 10:20
punitive 8:14 9:1
purpose 8:3
pursuant 3:4

**Q**
quite 9:9

quote 3:21,22

**R**
R 2:10 10:1
raising 5:20
RAY 2:15
realize 6:13 8:16
reason 5:14
reasonable 7:3
 7:16
receive 5:4
received 6:23
recommend 7:9
 9:10
record 3:15 6:21
 7:10
recount 6:18
recovery 7:9
reference 3:4,14
 6:5,9
references 7:11
regard 1:4 5:24
relative 10:10,12
remedies 5:18
report 1:5 3:13
 9:10
Reporter 2:5
 10:4
Reporting 1:19
reports 5:10,10
required 3:13
result 4:19 7:7
retaliation 7:21
retribution 5:16
review 3:11
reviewed 9:6
ribs 4:15
RODNEY 2:15
rose 8:13
ROSELLI 2:19
Rule 3:12

**S**
S 2:10
sadistic 8:7
saying 5:19

Security 6:4
sense 4:23
set 3:8 10:8
seven 4:14
severity 9:10
sexual 4:9
Shorthand 10:4
significance
 8:18
Social 6:4
SOG 3:20
sought 6:6
source 5:9 7:1
sources 6:2
South 1:20
Southern 6:17
 6:22
Special 1:6,15
 3:5,5,14 9:5
SQUARE 2:21
standards 9:2
State 1:5 2:6,21
 6:17,23 10:4
 10:20
States 1:1 2:7
stenographica...
 10:7
stick 4:4,13
striking 8:11
stripped 4:1
struck 4:17
subsequent 5:10
suffered 5:24
suffers 4:19
SUITE 2:13
supervisor 8:21
support 6:14
 8:14,24 9:1
sustained 6:19
system 6:11

**T**
T 10:1,1
taken 2:4 10:7
teasing 4:9
ten-and-a-half

5:1
terms 7:4 8:19
terribly 8:12
testified 3:19
 4:18
testimony 4:8
 6:1 10:6
therapy 6:7
Theresa 2:4 10:3
 10:19
things 6:23
think 7:16
thousand 9:12
three 3:19 9:12
time 6:7,16 7:4
 8:17 10:7
trailer 3:18,20
transcript 2:3
 3:12 6:5 10:6
treatment 7:21
true 10:6
truth 7:13
turn 3:1
two 7:15
type 4:11

**U**
underlie 3:7
understanding
 5:14
unidentified
 8:17
unit 3:20 5:8
United 1:1 2:7
unnecessary 8:7
use 4:4

**V**
Videoconfere...
 1:19
visited 7:22 8:13
vs 1:7

**W**
W 1:15 2:20
wake 7:18

Walker 3:9
want 7:19 8:22
wants 4:5
wasn't 4:13
WEDNESDAY
 1:12
went 5:5
White 1:20
WILLIAM 1:8
written 3:13

**X**
XI0857 10:21

**Y**
year 6:17
years 5:1
yell 3:21

**0**
07-CV-6016 1:2
07-6016 3:17
08012 2:13,16
08102 2:8
08106 1:20
08690 2:21

**1**
1st 3:19
13 1:12
1337 2:21
15 6:3
19 10:21

**2**
2000 6:17
2001 6:9,22
2008 1:12 6:6
 10:21
2010 10:20
251 1:20

**3**
30X100085700
 2:5
31st 6:5
32 2:12,16

33 2:21

**5**
5 2:13 10:20
52.1 3:12

**6**
609-586-2257
 2:22
69 6:6

**7**
7 3:13

**8**
856-232-3337
 2:17
856-546-1100
 1:21

**9**
9:30 2:8
97 3:19 5:6