UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-137

---

In Regard to the Matter of:

Bayside State Prison

Litigation                               Opinion and Report

                                              Of the

DONALD PHELPS,                         Special Master

             -vs-                 **ORIGINAL**

WILLIAM H. FAUVER, et al,

         Defendants.

---

\*       \*       \*       \*

FRIDAY, FEBRUARY 29, 2008

\*       \*       \*       \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

1

2

3              Transcript of proceedings in the above

4    matter taken by Theresa O. Mastroianni, Certified

5    Court Reporter, license number 30X100085700, and

6    Notary Public of the State of New Jersey at the

7    United States District Court House, One Gerry Plaza,

8    Camden, New Jersey, 08102, commencing at 3:10 PM.

9

10   A P P E A R A N C E S:

11

        LOUGHRY & LINDSAY, ESQUIRES

12      BY:  LAWRENCE W. LINDSAY, ESQUIRE

        330 MARKET STREET

13      CAMDEN, NEW JERSEY 08102

        856-968-9201

14      ATTORNEYS FOR THE PLAINTIFFS

15

16      ROSELLI & GRIEGEL, PC

        BY:  JAMES LAZZARO, ESQUIRE

17           - and -

        BY:  STEVEN GRIEGEL, ESQUIRE

18      1337 STATE HIGHWAY 33

        HAMILTON SQUARE, NEW JERSEY  08690

19      609-586-2257

        ATTORNEYS FOR THE DEFENDANTS

20

21

22

23

24

25

1                    JUDGE BISSELL:  We will reopen the

2     record in the matter of Donald Phelps versus William

3     Fauver, et al, assigned a docket number 08-CV-137.

4                    This opinion/report is being issued

5     pursuant to the directives of the Order of Reference

6     to a Special Master and the Special Master's

7     Agreement and the guiding principles of law which

8     underlie this decision to be applied to the facts

9     upon which it is based as set forth in the jury

10    instructions in the Walker and Mejias jury charges to

11    the extent applicable to the allegations in Mr.

12    Phelps' case.

13                   As finalized after review under Local

14    Civil Rule 52.1, the transcript of this oral opinion

15    will constitute the written report required by

16    paragraph seven of the Order of Reference to a

17    Special Master.

18                   Mr. Phelps was housed in C Unit at the

19    time significant to his case which was about two

20    weeks after July 30, 1997.  He had had his foot

21    operated upon to straighten his right big toe and was

22    on crutches with a bandaged foot.  He was making

23    regular visits to the infirmary to have his foot

24    dressed and inspected and also for the administration

25    of insulin due to his diabetic condition.

1               The SOG officers came into C Unit at or

2    about this time, as I said, approximately two weeks

3    after July 30, 1997.  He was ordered to strip in his

4    cell, he was not moving with as much agility and

5    speed as the officers would like.  He was, therefore,

6    prodded in his ribs.  However, it didn't hurt him.

7    The man, compared to his size, (of course, I was able

8    to observe Mr. Phelps, he's a big man) was smaller

9    than Mr. Phelps and, accordingly, this prodding

10   didn't hurt him.  However, the man also kicked him in

11   the groin in order to, apparently, speed up Mr.

12   Phelps' compliance.  I find that this particular

13   action was excessive, penal in nature and for the

14   purpose of asserting authority unnecessarily.  I find

15   that it hurt and that it hurt him throughout the day

16   in the gym.

17               A more serious incident involved here,

18   however, was described by Mr. Phelps beginning at

19   page 35, line 22 of his testimony.  The excerpt is

20   not too lengthy and so I'll read it or read from it

21   in the next few minutes.

22               The questions began at line 22:  "Did

23   they do anything else to you in your cell?

24               Answer:  No, they told me to come

25   outside my cell at that time and told me to lean

1    against the wall with my forehead on the wall, my

2    hands behind my back with my legs spread out.  And

3    that's when the officer came up and was asking me

4    what is all those bandages on my foot for.

5                    Question:  What did you reply?

6                    Answer:  I told him I had surgery on my

7    foot and he asked me what type of surgery.  I said I

8    had a piece of bone removed from my big toe and then

9    they just stomped my foot.

10                   Question:  Who stomped your foot?

11                   Answer:  One of the SOG unit officers.

12                   Question:  How many times did he stomp

13   your foot?

14                   Answer:  Like four times.

15                   Question:  Was this a forceful action?

16                   Answer:  Yes.

17                   Question:  Did that hurt?

18                   Answer:  Yeah.

19                   Question:  How would you describe the

20   pain?

21                   Answer:  I started having shooting

22   pain.  And they made me, because the doctor told me

23   no weight-bearing on my foot, and when they told me

24   to go to the gym and follow the man in front of me

25   and don't get out of line, they wouldn't let me use

Page 6

1   no crutches.  So I had to hobble on my foot from my

2   unit to the gym."

3                He then describes speaking with a

4   doctor in the infirmary about this matter and at page

5   41, line five for approximately a page also quoting

6   at this time.

7                "And it was a lady doctor and she was

8   new, I didn't know her name.  And that's when they

9   came and took me down to the infirmary to see the

10  doctor.  She was asking me what happened to my foot,

11  but the SOG officers on the way there before I came

12  out of my cell, they were telling me if I was to try

13  to start any trouble or try to tell anything on them,

14  they said that I'm going to have problems and stuff

15  you know.

16               So when the doctor was asking me what

17  happened, I said my foot got hurt.  And she was like

18  saying how.  And I just like looked at her and turned

19  my head toward the officers and she just looked at

20  them and shook her head.

21               Question:  Were the SOGs right there

22  when that conversation occurred?

23               Answer:  Yes.

24               Question:  Did you feel that they were

25  threatening you?

1          Answer:  Yes, they was.

2          Question:  Let me rephrase that.  Did

3   you feel threatened?

4          Answer:  Yes.

5          Question:  By the SOGs?

6          Answer:  Yes."

7          Once again, as any fact finder

8   endeavoring to exercise common sense and trying to

9   make some determinations as to what makes sense under

10  the circumstances without obviously engaging in fatal

11  speculation, I conclude that there is, indeed, an

12  inherent basis for the truth in the incident as Mr.

13  Phelps describes it.  He was a big man and the SOG

14  officers knew it.  Frankly, it makes some sense that

15  they would endeavor on the front end to deliver a

16  message to a man of this size, possibly a threat to

17  them, in the most effective way.  So under the

18  circumstances they kicked him in the groin and

19  stomped him on an already injured foot.

20          I do determine, of course, that this is

21  indeed excessive and, frankly, malicious and sadistic

22  within the comtemplation of the rules of law that

23  apply to the use of excessive force.  As I said,

24  there is an inherent common sense in why it might

25  have occurred.

1          Secondly, as far as the foot was

2    concerned, this was a pre-existing condition.  Stomp

3    a man on a foot that's already bandaged and little

4    visible evidence results, for it probably looks the

5    same as it was before.  So this also supports a ring

6    of truth to the event as described by Mr. Phelps.

7          Now, a good deal was made, and not

8    surprisingly so, of the entry on the record of the

9    infirmary visit on or about August 14th, 1997, which

10   as described here would be shortly after the event in

11   question.

12         Given the testimony of Mr. Phelps about

13   a reluctance to be completely candid with the

14   examining person, although this does appear to be a

15   nurse's note as opposed to being that of a physician,

16   there is not anything terribly inconsistent between

17   the entry involved here, "continued mild infection",

18   "mild tenderness", "small amount of drainage".

19         Now, they can be read as being

20   attributable to the original condition, but they also

21   are not fatally inconsistent by any means with the

22   description of the events that happened to Mr.

23   Phelps.  Indeed, of course, by that time and once

24   again because the foot was bandaged and the

25   tenderness and drainage might not have been that much

1    more visible.  But that doesn't undermine the

2    happening of the incident and the pain inflicted on

3    that occasion.

4                I've also considered the subsequent

5    history to Mr. Phelps' foot.  However, I've

6    determined that that was mostly due to the underlying

7    big toe condition itself and to the diabetes which

8    eventually led to the amputation of all of his toes.

9    The impact from the kicking in the groin and the foot

10   stomping was acute and severe at the time, but not of

11   lengthy duration.  Nor is there adequate evidence to

12   demonstrate that the eventual amputations were

13   attributable to that event.  I also recall an absence

14   of medical testimony that would be needed there.

15               There is no evidence in this matter

16   which this Master finds truly impeaches or undermines

17   the plaintiff's account of the events when confronted

18   with the SOG officers.  I find that his explanation

19   for not going into any details shortly after the SOG

20   officers had inflicted this pain upon him was

21   understandable based upon those threats and also, of

22   course, his particular vulnerability.  This bandaged

23   foot wasn't going to heal promptly and might remain

24   an obvious target in the future if they were aware

25   that he had made complaints fingering the SOG

Page 10

1    officers.

2              The actions directed against Mr. Phelps

3    go well beyond the necessity of any proper law

4    enforcement needs or any proper exercise of

5    discipline or other legitimate penalogical purpose as

6    well defined in the jury instructions which are

7    incorporated here.  There was, indeed, excessive and

8    unnecessary and sadistic force imposed upon Mr.

9    Phelps here within the comtemplation of those legal

10   principles.

11             However, in light of the fact that the

12   striking of Mr. Phelps was not prolonged or repeated,

13   while actionable for recovery of compensatory

14   damages, I do not find that the assaults visited upon

15   him rose to the level of being so egregious as to

16   support a claim for punitive damages, at least

17   against the unidentified officers who were with him

18   and the one who inflicted the serious injuries.

19             I realize, of course, the fact that the

20   officers were unidentified here, but there will come

21   a time when the issue arises as to whether there is

22   any significance to the conduct by the perpetrators

23   regarding plaintiffs' efforts to establish supervisor

24   liability.

25             I emphasize here again, therefore, and

Page 11

1    want to make it perfectly clear that I do not make a

2    finding that the conduct, although actionable, and

3    which supports an award of compensatory damages, was

4    so egregious as to support an award of punitive

5    damages under applicable legal standards.

6                    Finally, although not every item of

7    evidence has been discussed in this opinion/report,

8    all evidence presented to the Special Master was

9    reviewed and considered.

10                   I find that injury was inflicted and is

11   actionable.  I find that it was acute, but rather

12   short in terms of duration and pain attributable to

13   the events in question and, accordingly, recommend in

14   this report that the district court enter an award of

15   compensatory damages in the amount of seven thousand

16   five hundred dollars in Mr. Phelps' favor.

17

18

19

20

21

22

23

24

25

```
 1              C E R T I F I C A T E

 2

 3        I, Theresa O. Mastroianni, a Notary Public and

 4   Certified Shorthand Reporter of the State of New

 5   Jersey, do hereby certify that the foregoing is a

 6   true and accurate transcript of the testimony as

 7   taken stenographically by and before me at the time,

 8   place, and on the date hereinbefore set forth.

 9        I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19

            Theresa O. Mastroianni

            Theresa O. Mastroianni, C.S.R.

20          Notary Public, State of New Jersey

            My Commission Expires May 5, 2010

21          Certificate No. XI0857

            Date:  March 10, 2008

22

23

24

25
```

**A**
able 4:7
absence 9:13
account 9:17
accurate 12:6
action 1:2 4:13
  5:15 12:11,14
actionable 10:13
  11:2,11
actions 10:2
acute 9:10 11:11
adequate 9:11
administration
  3:24
agility 4:4
Agreement 3:7
al 1:8 3:3
allegations 3:11
amount 8:18
  11:15
amputation 9:8
amputations
  9:12
Answer 4:24 5:6
  5:11,14,16,18
  5:21 6:23 7:1,4
  7:6
apparently 4:11
appear 8:14
applicable 3:11
  11:5
applied 3:8
apply 7:23
approximately
  4:2 6:5
arises 10:21
asked 5:7
asking 5:3 6:10
  6:16
assaults 10:14
asserting 4:14
assigned 3:3
attorney 12:10
  12:12
ATTORNEYS

2:14,19
attributable
  8:20 9:13
  11:12
Audubon 1:23
August 8:9
authority 4:14
award 11:3,4,14
aware 9:24

**B**
back 5:2
bandaged 3:22
  8:3,24 9:22
bandages 5:4
based 3:9 9:21
basis 7:12
Bayside 1:5
began 4:22
beginning 4:18
beyond 10:3
big 3:21 4:8 5:8
  7:13 9:7
BISSELL 1:17
  3:1
bone 5:8

**C**
C 2:10 3:18 4:1
  12:1,1
Camden 2:8,13
candid 8:13
case 3:12,19
cell 4:4,23,25
  6:12
Certificate
  12:21
Certified 1:22
  2:4 12:4
certify 12:5,9
charges 3:10
circumstances
  7:10,18
Civil 1:2 3:14
claim 10:16
clear 11:1

come 4:24 10:20
commencing 2:8
Commission
  12:20
common 7:8,24
compared 4:7
compensatory
  10:13 11:3,15
complaints 9:25
completely 8:13
compliance 4:12
comtemplation
  7:22 10:9
concerned 8:2
conclude 7:11
condition 3:25
  8:2,20 9:7
conduct 10:22
  11:2
confronted 9:17
considered 9:4
  11:9
constitute 3:15
continued 8:17
conversation
  6:22
counsel 12:10,12
course 4:7 7:20
  8:23 9:22
  10:19
court 1:1,22 2:5
  2:7 11:14
crutches 3:22
  6:1
C.S.R 12:19

**D**
damages 10:14
  10:16 11:3,5
  11:15
date 12:8,21
day 4:15
deal 8:7
decision 3:8
Defendants 1:9
  2:19

defined 10:6
deliver 7:15
demonstrate
  9:12
describe 5:19
described 4:18
  8:6,10
describes 6:3
  7:13
description 8:22
details 9:19
determinations
  7:9
determine 7:20
determined 9:6
diabetes 9:7
diabetic 3:25
directed 10:2
directives 3:5
discipline 10:5
discussed 11:7
district 1:1,2 2:7
  11:14
docket 3:3
doctor 5:22 6:4
  6:7,10,16
dollars 11:16
Donald 1:6 3:2
drainage 8:18
  8:25
dressed 3:24
due 3:25 9:6
duration 9:11
  11:12

**E**
E 2:10,10 12:1,1
effective 7:17
efforts 10:23
egregious 10:15
  11:4
emphasize 10:25
employee 12:10
  12:12
endeavor 7:15
endeavoring 7:8

enforcement
  10:4
engaging 7:10
enter 11:14
entry 8:8,17
ESQUIRE 2:12
  2:16,17
ESQUIRES
  2:11
establish 10:23
et 1:8 3:3
event 8:6,10
  9:13
events 8:22 9:17
  11:13
eventual 9:12
eventually 9:8
evidence 8:4
  9:11,15 11:7,8
examining 8:14
excerpt 4:19
excessive 4:13
  7:21,23 10:7
exercise 7:8 10:4
Expires 12:20
explanation
  9:18
extent 3:11

**F**
F 12:1
fact 7:7 10:11,19
facts 3:8
far 8:1
fatal 7:10
fatally 8:21
Fauver 1:8 3:3
favor 11:16
FEBRUARY
  1:13
feel 6:24 7:3
finalized 3:13
Finally 11:6
financially
  12:13
find 4:12,14

9:18 10:14
11:10,11
**finder** 7:7
**finding** 11:2
**finds** 9:16
**fingering** 9:25
**five** 6:5 11:16
**follow** 5:24
**foot** 3:20,22,23
5:4,7,9,10,13
5:23 6:1,10,17
7:19 8:1,3,24
9:5,9,23
**force** 7:23 10:8
**forceful** 5:15
**foregoing** 12:5
**forehead** 5:1
**FORMAROLI**
1:22
**forth** 3:9 12:8
**four** 5:14
**frankly** 7:14,21
**FRIDAY** 1:13
**front** 5:24 7:15
**FURTHER** 12:9
**future** 9:24

**G**
**Gerry** 2:7
**Given** 8:12
**go** 5:24 10:3
**going** 6:14 9:19
9:23
**good** 8:7
**GRIEGEL** 2:16
2:17
**groin** 4:11 7:18
9:9
**guiding** 3:7
**gym** 4:16 5:24
6:2

**H**
**H** 1:8
**HAMILTON**
2:18

**hands** 5:2
**happened** 6:10
6:17 8:22
**happening** 9:2
**head** 6:19,20
**heal** 9:23
**hereinbefore**
12:8
**HIGHWAY**
2:18
**history** 9:5
**hobble** 6:1
**HONORABLE**
1:17
**Horse** 1:23
**House** 2:7
**housed** 3:18
**hundred** 11:16
**hurt** 4:6,10,15
4:15 5:17 6:17

**I**
**impact** 9:9
**impeaches** 9:16
**imposed** 10:8
**incident** 4:17
7:12 9:2
**inconsistent**
8:16,21
**incorporated**
10:7
**infection** 8:17
**infirmary** 3:23
6:4,9 8:9
**inflicted** 9:2,20
10:18 11:10
**inherent** 7:12,24
**injured** 7:19
**injuries** 10:18
**injury** 11:10
**inspected** 3:24
**instructions**
3:10 10:6
**insulin** 3:25
**interested** 12:13
**involved** 4:17

8:17
**issue** 10:21
**issued** 3:4
**item** 11:6

**J**
**JAMES** 2:16
**Jersey** 1:2,23 2:6
2:8,13,18 12:5
12:20
**JOHN** 1:17
**JUDGE** 3:1
**July** 3:20 4:3
**jury** 3:9,10 10:6

**K**
**kicked** 4:10 7:18
**kicking** 9:9
**knew** 7:14
**know** 6:8,15

**L**
**lady** 6:7
**law** 3:7 7:22
10:3
**LAWRENCE**
2:12
**LAZZARO** 2:16
**lean** 4:25
**led** 9:8
**legal** 10:9 11:5
**legitimate** 10:5
**legs** 5:2
**lengthy** 4:20
9:11
**level** 10:15
**liability** 10:24
**license** 2:5
**light** 10:11
**LINDSAY** 2:11
2:12
**line** 4:19,22 5:25
6:5
**Litigation** 1:5
**little** 8:3
**Local** 3:13

**looked** 6:18,19
**looks** 8:4
**LOUGHRY**
2:11

**M**
**making** 3:22
**malicious** 7:21
**man** 4:7,8,10
5:24 7:13,16
8:3
**March** 12:21
**MARKET** 2:12
**Master** 1:6,17
3:6,17 9:16
11:8
**Master's** 3:6
**Mastroianni**
1:22 2:4 12:3
12:19
**matter** 1:4 2:4
3:2 6:4 9:15
**means** 8:21
**medical** 9:14
**Mejias** 3:10
**message** 7:16
**mild** 8:17,18
**minutes** 4:21
**moving** 4:4

**N**
**N** 2:10
**name** 6:8
**nature** 4:13
**necessity** 10:3
**needed** 9:14
**needs** 10:4
**neither** 12:9,11
**new** 1:2,23 2:6,8
2:13,18 6:8
12:4,20
**Notary** 2:6 12:3
12:20
**note** 8:15
**number** 2:5 3:3
**nurse's** 8:15

**O**
**O** 2:4 12:3,19
**observe** 4:8
**obvious** 9:24
**obviously** 7:10
**occasion** 9:3
**occurred** 6:22
7:25
**officer** 5:3
**officers** 4:1,5
5:11 6:11,19
7:14 9:18,20
10:1,17,20
**once** 7:7 8:23
**operated** 3:21
**opinion** 1:5 3:14
**opinion/report**
3:4 11:7
**opposed** 8:15
**oral** 3:14
**order** 3:5,16
4:11
**ordered** 4:3
**original** 8:20
**outside** 4:25

**P**
**P** 2:10,10
**page** 4:19 6:4,5
**pain** 5:20,22 9:2
9:20 11:12
**paragraph** 3:16
**particular** 4:12
9:22
**parties** 12:11
**PC** 2:16
**penal** 4:13
**penalogical** 10:5
**perfectly** 11:1
**perpetrators**
10:22
**person** 8:14
**Phelps** 1:6 3:2
3:12,18 4:8,9
4:12,18 7:13
8:6,12,23 9:5

10:2,9,12
11:16
**physician** 8:15
**piece** 5:8
**Pike** 1:23
**place** 12:8
**plaintiffs** 2:14
10:23
**plaintiff's** 9:17
**Plaza** 2:7
**PM** 2:8
**possibly** 7:16
**presented** 11:8
**pre-existing** 8:2
**principles** 3:7
10:10
**Prison** 1:5
**probably** 8:4
**problems** 6:14
**proceedings** 2:3
**prodded** 4:6
**prodding** 4:9
**prolonged** 10:12
**promptly** 9:23
**proper** 10:3,4
**Public** 2:6 12:3
12:20
**punitive** 10:16
11:4
**purpose** 4:14
10:5
**pursuant** 3:5

**Q**
**question** 5:5,10
5:12,15,17,19
6:21,24 7:2,5
8:11 11:13
**questions** 4:22
**quoting** 6:5

**R**
**R** 2:10 12:1
**read** 4:20,20
8:19
**realize** 10:19

**recall** 9:13
**recommend**
11:13
**record** 3:2 8:8
**recovery** 10:13
**Reference** 3:5
3:16
**Regard** 1:4
**regarding** 10:23
**regular** 3:23
**relative** 12:10,12
**reluctance** 8:13
**remain** 9:23
**removed** 5:8
**reopen** 3:1
**repeated** 10:12
**rephrase** 7:2
**reply** 5:5
**report** 1:5 3:15
11:14
**Reporter** 2:5
12:4
**Reporting** 1:22
**required** 3:15
**results** 8:4
**review** 3:13
**reviewed** 11:9
**ribs** 4:6
**right** 3:21 6:21
**ring** 8:5
**rose** 10:15
**ROSELLI** 2:16
**Rule** 3:14
**rules** 7:22

**S**
**S** 2:10
**sadistic** 7:21
10:8
**saying** 6:18
**Secondly** 8:1
**see** 6:9
**sense** 7:8,9,14,24
**serious** 4:17
10:18
**set** 3:9 12:8

**seven** 3:16 11:15
**severe** 9:10
**shook** 6:20
**shooting** 5:21
**short** 11:12
**Shorthand** 12:4
**shortly** 8:10
9:19
**significance**
10:22
**significant** 3:19
**size** 4:7 7:16
**small** 8:18
**smaller** 4:8
**SOG** 4:1 5:11
6:11 7:13 9:18
9:19,25
**SOGs** 6:21 7:5
**South** 1:23
**speaking** 6:3
**Special** 1:6,17
3:6,6,17 11:8
**speculation** 7:11
**speed** 4:5,11
**spread** 5:2
**SQUARE** 2:18
**standards** 11:5
**start** 6:13
**started** 5:21
**State** 1:5 2:6,18
12:4,20
**States** 1:1 2:7
**stenographica...**
12:7
**STEVEN** 2:17
**stomp** 5:12 8:2
**stomped** 5:9,10
7:19
**stomping** 9:10
**straighten** 3:21
**STREET** 2:12
**striking** 10:12
**strip** 4:3
**stuff** 6:14
**subsequent** 9:4
**supervisor** 10:23

**support** 10:16
11:4
**supports** 8:5
11:3
**surgery** 5:6,7
**surprisingly** 8:8

**T**
**T** 12:1,1
**taken** 2:4 12:7
**target** 9:24
**tell** 6:13
**telling** 6:12
**tenderness** 8:18
8:25
**terms** 11:12
**terribly** 8:16
**testimony** 4:19
8:12 9:14 12:6
**Theresa** 2:4 12:3
12:19
**thousand** 11:15
**threat** 7:16
**threatened** 7:3
**threatening** 6:25
**threats** 9:21
**time** 3:19 4:2,25
6:6 8:23 9:10
10:21 12:7
**times** 5:12,14
**toe** 3:21 5:8 9:7
**toes** 9:8
**told** 4:24,25 5:6
5:22,23
**transcript** 2:3
3:14 12:6
**trouble** 6:13
**true** 12:6
**truly** 9:16
**truth** 7:12 8:6
**try** 6:12,13
**trying** 7:8
**turned** 6:18
**two** 3:19 4:2
**type** 5:7

**U**
**underlie** 3:8
**underlying** 9:6
**undermine** 9:1
**undermines**
9:16
**understandable**
9:21
**unidentified**
10:17,20
**unit** 3:18 4:1
5:11 6:2
**United** 1:1 2:7
**unnecessarily**
4:14
**unnecessary**
10:8
**use** 5:25 7:23

**V**
**versus** 3:2
**Videoconfere...**
1:22
**visible** 8:4 9:1
**visit** 8:9
**visited** 10:14
**visits** 3:23
**vs** 1:7
**vulnerability**
9:22

**W**
**W** 1:17 2:12
**Walker** 3:10
**wall** 5:1,1
**want** 11:1
**wasn't** 9:23
**way** 6:11 7:17
**weeks** 3:20 4:2
**weight-bearing**
5:23
**White** 1:23
**William** 1:8 3:2
**wouldn't** 5:25
**written** 3:15

**X**

XIO857 12:21

**Y**

Yeah 5:18

**0**

08-CV-137 3:3
08-137 1:2
08102 2:8,13
08106 1:23
08690 2:18

**1**

10 12:21
1337 2:18
14th 8:9
1997 3:20 4:3
  8:9

**2**

2008 1:13 12:21
2010 12:20
22 4:19,22
251 1:23
29 1:13

**3**

3:10 2:8
30 3:20 4:3
30X100085700
  2:5
33 2:18
330 2:12
35 4:19

**4**

41 6:5

**5**

5 12:20
52.1 3:14

**6**

609-586-2257
  2:19

**8**

856-546-1100
  1:24
856-968-9201
  2:13