June 17, 2009

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 09-2361

RECEIVED

AUG 17 2009

JOEL SCHNEIDER
U.S. Magistrate Judge

In Regard to the Matter of:

Bayside State Prison
Litigation

OPINION/REPORT
OF THE
SPECIAL MASTER

VINCENT WASHINGTON

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\*     \*     \*     \*

WEDNESDAY, JUNE 17, 2009

\*     \*     \*     \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

June 17, 2009

Page 2

1

2

3

4              Transcript of proceedings in the above

5      matter taken by Theresa O. Mastroianni, Certified

6      Court Reporter, license number 30X100085700, and

7      Notary Public of the State of New Jersey at the

8      United States District Court House, One Gerry Plaza,

9      Camden, New Jersey, 08102, commencing at 3:45 PM.

10

11

12

13

14

15

16

17

18              MASTROIANNI & FORMAROLI, INC.

19      Certified Court Reporting & Videoconferencing

20              251 South White Horse Pike

21              Audubon, New Jersey 08106

22                  856-546-1100

23

24

25

1

2   A P P E A R A N C E S:

3

4        RODNEY D. RAY, ESQUIRE
         32 NORTH BLACK HORSE PIKE
5        BLACKWOOD, NEW JERSEY  08012
         856-232-3337
6        856-232-4561
         ATTORNEYS FOR THE PLAINTIFFS

7

8

9        ROSELLI & GRIEGEL, PC
         BY:  STEVEN GRIEGEL, ESQUIRE
10            - and -
         BY:  KENNETH W. LOZIER, ESQUIRE
11       1337 STATE HIGHWAY 33
         HAMILTON SQUARE, NEW JERSEY  08690
12       609-586-2257
         ATTORNEYS FOR THE DEFENDANTS
13

14

15

16

17

18

19

20

21

22

23

24

25

June 17, 2009

1              JUDGE BISSELL:   The following

2    constitutes the Special Master's determination

3    regarding the complaint of Vincent Washington, docket

4    number 09-2361.

5              This opinion/report is being issued

6    pursuant to the directives of the Order of Reference

7    to a Special Master and the Special Master's

8    Agreement and the guiding principles of law which

9    underlie this decision to be applied to the facts

10   upon which it is based as set forth in the jury

11   instructions in the Walker and Mejias jury charges to

12   the extent applicable to the allegations in

13   Mr. Washington's case.

14             And once again, I have considered the

15   recent Third Circuit opinion in the Mejias case and

16   have determined that that decision has not altered in

17   any way the efficacy and applicability of the Mejias

18   jury charges to the cases before me.

19             As finalized after review under Local

20   Civil Rule 52.1 the transcript of this oral opinion

21   will constitute the written report required by

22   paragraph seven of the Order of Reference to a

23   Special Master.

24             Mr. Washington resided in A Unit which

25   on or about the second of August, 1997 was evacuated

1   with the inmates there taken to the gym for the

2   purpose of the search of the unit.

3           Mr. Washington testifies with regard to

4   two assaultive incidents, one occurring in his cell

5   and the other occurring in the gym.  His initial

6   recollection was that these events occurred on two

7   separate days.  However, during the course of his

8   cross-examination, while he still had, I think, a

9   belief that that was more likely than not, I did

10  notice from review of the transcript and recall from

11  watching him here that there was some doubt

12  ultimately in his mind as to whether these events

13  happened on different days or on the same day.  I

14  find frankly that the evidence as a whole, including

15  the presence of the SOG officers on A Unit with a

16  reason for being there, has demonstrated to me that

17  at worst Mr. Washington was somewhat confused with

18  the passage of time among other things as to whether

19  these incidents first in his cell and then in the gym

20  happened on the same day or not.  And I, therefore,

21  draw the inference that they did, indeed, happen on

22  the same day during the course of his extraction from

23  his cell and then later while in the gym during the

24  search of A Unit.

25          He describes the assault and injuries

June 17, 2009

Page 6

1   that occurred to him at the time that the SOG

2   officers entered his unit and that description begins

3   at page 14.  It's somewhat lengthy, but I think it's

4   once again just as easy to read it as it is to

5   paraphrase it because I have found here that he has

6   testified truthfully and recounted the facts as they

7   occurred.

8              By the way this begins at page 14 line

9   three.

10             He was asked what happened when they

11  came into his cell.

12             And he said:  "Yeah, this is going to

13  be a strip search.  They asked my cellie to strip and

14  told me to get under the bed.

15             "Question:  Did you follow their order?

16             "Answer:  Yeah, I was getting under the

17  bed, but I told them I couldn't get under the bed

18  because that's where we had our buckets for washing

19  our clothes.  Our clothes, it's not like you got a

20  dresser in there, so that's where we kept our stuff

21  at.  So I was telling him I had to move that first

22  before I could get under there, and it must have

23  angered him when I said that.

24             "Question:  When you said angered him,

25  what happened?

June 17, 2009

1              "Answer:  They beat me under there.  I

2     told them -- They pushed me under there, They got me

3     under there.  They beat me until I was under there,

4     until my head hit the back of the wall.  They got me

5     under there.

6              "Question:  Tell me how you were

7     beaten, Mr. Washington?

8              "Answer:  I was hit with sticks,

9     kicked, punched until I got under that bed.

10              "Question:  Where on your body were you

11     struck?

12              "Answer:  My legs, my legs were stomped

13     on.  They broke -- I think they broke my finger,

14     because I never went to the hospital because you

15     couldn't go to the hospital.  And basically back of

16     my head from running into the wall.

17              "Question:  How many officers did you

18     see?

19              "Answer:  I seen three officers.  I

20     seen two in there, and I seen one outside the cell."

21              Skipping something that's not

22     particularly pertinent, but moving on down the page,

23     15.

24              "Question:  And do you know how long

25     that lasted approximately?

June 17, 2009

Page 8

1          "Answer:  Couple minutes, maybe

2     seconds.  Not long.  I mean, maybe 20 seconds,

3     25 seconds, 30 seconds, I guess, you know, not long.

4     It don't take long to beat a guy."

5               He was then asked to discuss his

6     injuries at page 16.

7               He says:  "Okay.  I was struck in the

8     head, I was punched in the head, I was punched in the

9     stomach, I was hit on the leg with sticks, but I was

10    stomped on my right foot.  And somewhere in between

11    that I must have got hit on my hand or they pushed

12    me, I don't know how it happened, they broke my

13    finger."

14               Which he identified as his pinky finger

15    as demonstrated here before me.  Mr. Ray continues

16    his questions at the bottom of the page.

17               "Queston:  Now, describe to us what you

18    felt when you were struck in the head.

19               "Answer:  Pain.

20               "Question:  What type of pain?

21               "Answer:  Serious pain.  Pain.

22               "Question: Serious pain?

23               "Answer:  I was hurt.  I was hurting.

24    What do you want me to say?  I was being beat up."

25               Questioning continues.

June 17, 2009

1               "Question:  Let me ask you this,

2       Mr. Washington, as a result of being struck in the

3       head, did you receive any bruising, any lumps?

4               "Answer:  Yeah, I had lumps.  I had

5       lumps on the back of my head.  I had lumps.

6               "Question:  Where on the back of your

7       head?

8               "Answer:  You know, on the back.  They

9       ran my head into the wall under the bed, you know, so

10      it hurt.  It's cement, it's cement.  The wall is made

11      out of cement, so it swelled up a little bit.

12              "Question:  And how long did that last?

13              "Answer:  Maybe a couple weeks it go

14      down.  It go down.

15              "Question:  Where else were you

16      injured, Mr. Washington?

17              "Answer:  My feet.  My feet was swelled

18      up.  Not my feet, my right foot.  My left foot wasn't

19      nothing wrong with it.  My right foot swelled up and

20      that affected me for a while.  I went through

21      something for a while.  When I was in the halfway

22      house, I had pus coming out of my right foot, you

23      know, that bothered me for a while off and on.  When

24      I was in Riverfront, the doctor down there gave me

25      some -- I guess you call them boots, health boots,

 1   because they were wide, triple E, because my feet had

 2   swelled up.  My foot had swelled up."

 3              So that's a description basically of

 4   the events that transpired to him there and the

 5   injuries that he suffered as a result of being pushed

 6   under the bed and acted upon in that way.

 7              I'd like to make a comment here, and

 8   this is among my findings, of course.  I did consider

 9   the testimony of Officer Hall who was the Bayside

10   officer on duty in A Unit at the time.  I'll have a

11   little more to say about his testimony in a few

12   moments, but I do recall him being asked at one point

13   as to whether this was standard operating procedure

14   for Bayside officers and whether there was any

15   particular reason for putting an inmate under the

16   bed.  He testified that there wasn't.  And even under

17   some questioning from me, I believe, indicated that

18   he didn't know whether this specifically was a SOG

19   procedure or not.

20              While I realize each case must be

21   decided on its own record, we have had testimony from

22   several plaintiffs in this matter about being

23   directed by SOGs, those who were not being currently

24   processed, to get underneath the bunks and get

25   underneath the beds.  Now, surely that is a way of

June 17, 2009

Page 11

1    securing the absence of any interference or any

2    actions or any aggression or however one might put it

3    by the person in the cell who was not being

4    processed.  And so while it may be that this was not

5    standard operating procedure for Bayside officers

6    under normal circumstances dealing with inmates whom,

7    of course, they would know on their units, I don't

8    think that casts any doubt as such on the fact that

9    it was employed by the SOGs here.  And, therefore,

10   this was indeed the technique that they employed here

11   and when faced with, in their assessment I suppose, a

12   failure of complete, immediate compliance without

13   question, they took it out on Mr. Washington as he

14   described.  And I so find.

15           He talked then about the extraction to

16   the gym, and beginning at line one on page 21.

17           "Answer:  After they strip searched us

18   in the cell, maybe three or four days later" (and

19   I've said my own finding is that it was indeed on the

20   same day) "I guess, I'm not sure, but they came back.

21   And they took everybody out the cell and they marched

22   us to the gym.

23           "Question:  Did anything happen to you

24   during the march to the gym?

25           "Answer:  Not during the march to the

1    gym, nothing happened, nothing.

2                    "Question:  You arrived at the gym?

3                    "Answer:  Yeah.  Same, nothing

4    happened.

5                    "Question:  What happened at the gym?

6                    "Answer:  They made us sit on the floor

7    in a fetal position with your knees up and head down

8    so you couldn't look up.  They had you sitting down

9    like this with your head down like this, couldn't

10   look up because that wasn't, that isn't what they

11   said to do.  You had to keep your head down.

12                   "Question:  Did you do that?

13                   "Answer:  I did it as long as I could,

14   but then my legs fell asleep.

15                   "Question:  When you say fell asleep,

16   what do you mean?

17                   "Answer:  It was numb, pins and

18   needles.  I couldn't feel them no more, because we

19   stayed there for a long time.  I mean, like an

20   hour-and-a-half, two hours.  That's a long time in

21   that position.  My legs fell asleep, so I moved my

22   legs to try to get the feeling back, and when I did

23   that, two guards came over, picked me up and took me

24   over to -- they got like a weight cage, it's a metal

25   screen like, and they both had me by the arms, and

June 17, 2009

1   they was cussing at me, yelling at me, whatever,

2   telling me, you know, like I'm trying to be a tough

3   guy, whatever.  Slammed me into the metal cage,

4   right, busted -- that's how my lip got busted, my eye

5   swelled up, and that's when the police behind the

6   cage spit in my face.

7                   "Question:  Directly in your face?

8                   "Answer:  They spit in my face.  They

9   told me to get on my knees.  He spit through that

10  cage, and I got up, and that's when they grabbed me

11  again, but he spit in my face.

12                  "Question:  Now, you said you suffered

13  an injury on your lip?

14                  "Answer:  They busted my lip when they

15  slammed me into that cage.

16                  "Question:  Any other injuries?

17                  "Answer:  Just my lip and my eye,

18  that's it.

19                  "Question:  What was the injury on your

20  eye?

21                  "Answer:  It hit the cage, it swelled

22  up.

23                  "Question:  And how long -- you say the

24  busted lip, how long did that last?  How long was

25  that busted?

June 17, 2009

1              "Answer:  Swollen lip, a couple weeks,

2     I guess.  A couple weeks.

3              "Question:  How about the eye?

4              "Answer:  Same, couple weeks.

5              "Question:  At some point you were

6     escorted back to the unit?

7              "Answer:  Yeah.

8              "Question:  Did anything happen to you

9     during the escort back to the unit?

10             "Answer:  I got escorted back to the

11    unit, we locked in.  Amazingly I was just in for the

12    duration then.  I wasn't coming back out of that cell

13    if I had my way, I wasn't coming back out the cell.

14    When we had showers, they offered showers after maybe

15    30 days.  I didn't come out for no shower.  My cellie

16    came out, but I didn't come out.

17             "Question:  You were afraid to come

18    out?

19             "Answer:  Yeah, because he got beat up

20    for going out taking a shower.  Just for -- so I

21    wasn't going.  I stunk for the rest of the -- you

22    know, I just stayed in there."

23             Further questioning:  "Weren't you able

24    to seek any medical treatment during the lockdown?

25             "Answer:  No.

June 17, 2009

 1                  "Question:  How about after the

 2      lockdown?

 3                  "Answer:  After the lockdown, no, I

 4      left Leesburg.  I didn't seek medical attention until

 5      I left Leesburg -- Bayside."

 6                  And then he goes back into the boots

 7      situation.

 8                  I want to continue with some further

 9      testimony about the nature of his injuries resulting

10      from the incident in the gym.  Page 36.

11                  "Question:  So after they smashed your

12      face into this cage, you bled, right, your nose, your

13      lip?

14                  "Answer:  Yeah.

15                  "Question:  No medical attention,

16      right?

17                  "Answer:  No.

18                  "Question:  They just let you bleed?

19                  "Answer:  Yeah.

20                  "Question:  Okay.  And then they just

21      sent you back to your unit afterwards?

22                  "Answer:  Yeah.

23                  "Question:  Bloody?

24                  "Answer:  Yeah.

25                  "Question:  And your foot, they had --

1   your foot was hurting, so you had been limping

2   because it hurt so much?

3                  "Answer:  Yeah."

4                  Continuing.

5                  "Question: So you go back to your unit,

6   you're limping and your face is bloody and nobody

7   says a word to you?

8                  "Answer:  My finger is broken.  Nobody

9   said nothing."

10                 I also considered the testimony of

11  Officer Hall before me here in which he stated that

12  he did not see any of the persons returning to the

13  unit either visibly bleeding or limping or otherwise

14  demonstrating the injuries to which Mr. Washington

15  testified.  Once again, I observed Mr. Hall's

16  demeanor.  I believe he has testified before me in

17  previous cases as well.  I do not think and I do not

18  find that Mr. Hall lied when he testified here, but

19  there was a lot of prisoner movement over large

20  periods of time in and out in this lockdown

21  situation.  As I said, a sizeable number returned to

22  the unit on that particular occasion and even though

23  Officer Hall was on station, there are times when

24  people miss things.  And my own determination here is

25  that Officer Hall did not see or at least did not

1    appreciate, if you will, the types of injuries

2    inflicted on Mr. Washington and to which he

3    testified.  Maybe he didn't want to see it under all

4    of the circumstances.  I obviously can't

5    psychoanalyze Officer Hall.  And as I said, I don't

6    think he came in here and expressly lied to cover

7    this matter up, but I do not find it conclusive by

8    any means that the fact that he did not see

9    Mr. Washington in this condition means it didn't

10    happen.

11                   I have a similar analysis here with

12    regard to the events in the back of the gym.  We've

13    also had testimony in several cases here by

14    plaintiffs who have stated that they were taken to

15    the back of the gym surrounded by seven or eight

16    officers and beaten for minutes at a time.  Now, both

17    by the evidence in this case and otherwise there

18    certainly were civilians present in the gym and in

19    some cases at the back of the gym, including

20    ombudsmen whose reports here have indicated no

21    visible incidents of this description.  But once

22    again in this matter, as described by Mr. Washington,

23    this is a very isolated and quick event in a small

24    time frame.  Basically, the SOGs brought him back

25    there, slammed him up against the cage area and sat

1   him down, whereupon some officer inside the cage area

2   spit on him.

3              By the way, other than for the purposes

4   of its weight in establishing liability, I am not

5   ascribing any particular injury either physical or

6   emotional to the act of spitting, but it is, however,

7   consistent with a retributive attitude in this case

8   which I find does indeed assist the plaintiff in

9   sustaining his proofs of the employment of excessive

10  force in that incident.

11             So once again, the fact that an

12  ombudsman's report indicates no conduct of this kind

13  doesn't absolutely preclude the fact that it happened

14  in an instant, perhaps when the ombudsman's attention

15  was not directed in this area of the gym or on the

16  people involved.  So I do make the determination

17  that, in fact, Mr. Washington has sustained his case

18  here and has sustained his proof of both the assaults

19  upon him in his cell and in the gym.

20             One further comment with regard to the

21  testimony of Officer Hall and his presence as the

22  supervising officer on the unit.  I find it quite

23  clear from the testimony, and with the structure of

24  the cells in A Unit, that an event taking place

25  completely inside the cell with SOG officers kicking,

1    punching and prodding Mr. Washington to get under his

2    bunk, is not in an area which Officer Hall would have

3    observed from his normal duty station.

4              I've also considered, of course,

5    plaintiff's prior statements, D-690 and 691, and the

6    cross-examination that took place on those.  Once

7    again, while particular bumps here or bruises there

8    may not be mentioned in those exhibits as well as the

9    trial testimony, I did not find that anything in

10   those prior statements was so inconsistent with his

11   testimony at trial as to cast doubt upon it.

12             The assaults inflicted upon

13   Mr. Washington, as I've determined them here, go well

14   beyond the necessity of any proper law enforcement

15   needs or any proper exercise of discipline or other

16   legitimate penalogical purpose as well defined in the

17   jury instructions which are incorporated here.  There

18   was no necessity to cram Mr. Washington under his

19   bunk, no reason for the officers not to act

20   reasonably to his protestations that there was

21   material underneath his bunk that precluded him from

22   going in there and no reason for the officers not to

23   take a slightly altered course, either to allow him

24   to clear the stuff out from under the bunk or to

25   place himself on his bunk head down, face down, hands

June 17, 2009

1    behind his back, facing the wall as was done in a

2    number of instances here.  So there were very

3    legitimate options available to the officers there as

4    alternatives to the course of action chosen.  And

5    indeed, of course, the force employed and the

6    resulting injuries are very much the demonstration of

7    the exercise of excessive force.  There was indeed

8    excessive, unnecessary and sadistic force imposed

9    upon Mr. Washington within the comtemplation of those

10   legal principles.

11            Similarly, in the gym, it is not the

12   least bit unreasonable to anybody with a minimum

13   understanding of physiology that this man's legs fell

14   asleep after an hour-and-a-half or two being seated

15   in one position.  Now, I'm not at all impugning the

16   reasons to put the prisoners in one, uniform

17   position, all of them being treated equally and in

18   positions that would neutralize as much as possible

19   the opportunity for any acts of aggression or other

20   disturbances.  But if there is a request after a

21   lengthy period of time or even a manifestation of a

22   need to shift position in some way for reasons such

23   as this, there certainly is absolutely no need to

24   address that situation by grabbing this man, hauling

25   him to the back of the gym as if he were a severe

1   disciplinary problem and then, of course, slamming

2   him face first into a grid with the injuries that

3   resulted and which could very foreseeably have

4   resulted from that type of conduct.

5          Once again, there was no legitimate

6   penalogical purpose, no reason for the exercise of

7   really any discipline let alone excessive discipline

8   such as this by the SOG officers in the gym in

9   response to this very natural physical phenomenon

10  that occurred to Mr. Washington.  In this instance

11  also there was indeed excessive, unnecessary and

12  sadistic force imposed upon him within the

13  comtemplation of those legal principles.

14          However, in light of the fact that

15  these incidents were not prolonged or repeated, while

16  indeed they are actionable for the recovery of

17  compensatory damages, I do not find that in either

18  case or even considered collectively that they have

19  risen to the level of being so egregious as to

20  support a claim for punitive damages, at least

21  against the unidentified officers who were with

22  plaintiff and inflicted the injuries.

23          I realize, of course, the fact that the

24  officers were unidentified here, but there will come

25  a time when the issue arises as to whether there is

June 17, 2009

Page 22

1    any significance to the conduct of the perpetrators

2    regarding the plaintiff's efforts to establish

3    supervisory liability.  And whether either

4    compensatory or potentially punitive damages can be

5    applied under those circumstances remains an open

6    issue.  I do not however, as I said, impose those

7    punitive damages on the actual perpetrators for

8    reasons that I've just expressed.

9              Finally, although not every item of

10   evidence has been discussed in this opinion/report,

11   all evidence presented to the Special Master was

12   reviewed and considered.

13             I find that the injuries inflicted here

14   were actionable.  I find that they were acute

15   initially and to some extent remain permanent, namely

16   the broken and disfigured finger.  Although that

17   doesn't significantly inhibit Mr. Washington's

18   activities, it nevertheless is a permanent injury.

19   The other inflictions upon him were painful at the

20   time and did not go away immediately.

21             Accordingly, I recommend in this report

22   that the district court enter an award of

23   compensatory damages in the amount of $5,500 in

24   Mr. Washington's favor.

25

June 17, 2009

1                  C E R T I F I C A T E

2

3          I, Theresa O. Mastroianni, a Notary Public and

4    Certified Shorthand Reporter of the State of New

5    Jersey, do hereby certify that the foregoing is a

6    true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth.

9          I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19   _Theresa O. Mastroianni_
     Theresa O. Mastroianni, C.S.R.
20   Notary Public, State of New Jersey
     My Commission Expires May 5, 2010
21   Certificate No. XIO857
     Date: June 17, 2009

22

23

24

25

## A

able 14:23
absence 11:1
absolutely 18:13
  20:23
accurate 23:6
act 18:6 19:19
acted 10:6
action 1:2 20:4
  23:11,14
actionable 21:16
  22:14
actions 11:2
activities 22:18
acts 20:19
actual 22:7
acute 22:14
address 20:24
afraid 14:17
aggression 11:2
  20:19
Agreement 4:8
al 1:9
allegations 4:12
allow 19:23
altered 4:16
  19:23
alternatives 20:4
Amazingly
  14:11
amount 22:23
analysis 17:11
angered 6:23,24
Answer 6:16 7:1
  7:8,12,19 8:1
  8:19,21,23 9:4
  9:8,13,17
  11:17,25 12:3
  12:6,13,17
  13:8,14,17,21
  14:1,4,7,10,19
  14:25 15:3,14
  15:17,19,22,24
  16:3,8
anybody 20:12

## B

back 7:4,15 9:5
  9:6,8 11:20
  12:22 14:6,9
  14:10,12,13
  15:6,21 16:5
  17:12,15,19,24
  20:1,25
based 4:10
basically 7:15

applicability
  4:17
applicable 4:12
applied 4:9 22:5
appreciate 17:1
approximately
  7:25
area 17:25 18:1
  18:15 19:2
arises 21:25
arms 12:25
arrived 12:2
ascribing 18:5
asked 6:10,13
  8:5 10:12
asleep 12:14,15
  12:21 20:14
assault 5:25
assaultive 5:4
assaults 18:18
  19:12
assessment
  11:11
assist 18:8
attention 15:4
  15:15 18:14
attitude 18:7
attorney 23:10
  23:12
ATTORNEYS
  3:6,12
Audubon 2:21
August 4:25
available 20:3
award 22:22

10:3 17:24
Bayside 1:5 10:9
  10:14 11:5
  15:5
beat 7:1,3 8:4,24
  14:19
beaten 7:7 17:16
bed 6:14,17,17
  7:9 9:9 10:6,16
beds 10:25
beginning 11:16
begins 6:2,8
belief 5:9
believe 10:17
  16:16
beyond 19:14
BISSELL 1:20
  4:1
bit 9:11 20:12
BLACK 3:4
BLACKWOOD
  3:5
bled 15:12
bleed 15:18
bleeding 16:13
bloody 15:23
  16:6
body 7:10
boots 9:25,25
  15:6
bothered 9:23
bottom 8:16
broke 7:13,13
  8:12
broken 16:8
  22:16
brought 17:24
bruises 19:7
bruising 9:3
buckets 6:18
bumps 19:7
bunk 19:2,19,21
  19:24,25
bunks 10:24
busted 13:4,4,14
  13:24,25

## C

C 3:2 23:1,1
cage 12:24 13:3
  13:6,10,15,21
  15:12 17:25
  18:1
call 9:25
Camden 2:9
case 4:13,15
  10:20 17:17
  18:7,17 21:18
cases 4:18 16:17
  17:13,19
cast 19:11
casts 11:8
cell 5:4,19,23
  6:11 7:20 11:3
  11:18,21 14:12
  14:13 18:19,25
cellie 6:13 14:15
cells 18:24
cement 9:10,10
  9:11
certainly 17:18
  20:23
Certificate
  23:21
Certified 2:5,19
  23:4
certify 23:5,9
charges 4:11,18
chosen 20:4
Circuit 4:15
circumstances
  11:6 17:4 22:5
Civil 1:2 4:20
civilians 17:18
claim 21:20
clear 18:23
  19:24
clothes 6:19,19
collectively
  21:18
come 14:15,16
  14:17 21:24

coming 9:22
  14:12,13
commencing 2:9
comment 10:7
  18:20
Commission
  23:20
compensatory
  21:17 22:4,23
complaint 4:3
complete 11:12
completely
  18:25
compliance
  11:12
comtemplation
  20:9 21:13
conclusive 17:7
condition 17:9
conduct 18:12
  21:4 22:1
confused 5:17
consider 10:8
considered 4:14
  16:10 19:4
  21:18 22:12
consistent 18:7
constitute 4:21
constitutes 4:2
continue 15:8
continues 8:15
  8:25
Continuing 16:4
counsel 23:10,12
couple 8:1 9:13
  14:1,2,4
course 5:7,22
  10:8 11:7 19:4
  19:23 20:4,5
  21:1,23
court 1:1 2:6,8
  2:19 22:22
cover 17:6
cram 19:18
cross-examina...
  5:8 19:6

currently 10:23
cussing 13:1
C.S.R 23:19

**D**

D 3:4
damages 21:17
  21:20 22:4,7
  22:23
date 23:8,21
day 5:13,20,22
  11:20
days 5:7,13
  11:18 14:15
dealing 11:6
decided 10:21
decision 4:9,16
Defendants 1:10
  3:12
defined 19:16
demeanor 16:16
demonstrated
  5:16 8:15
demonstrating
  16:14
demonstration
  20:6
describe 8:17
described 11:14
  17:22
describes 5:25
description 6:2
  10:3 17:21
determination
  4:2 16:24
  18:16
determined 4:16
  19:13
different 5:13
directed 10:23
  18:15
directives 4:6
Directly 13:7
disciplinary
  21:1
discipline 19:15

21:7,7
discuss 8:5
discussed 22:10
disfigured 22:16
district 1:1,2 2:8
  22:22
disturbances
  20:20
docket 4:3
doctor 9:24
doubt 5:11 11:8
  19:11
draw 5:21
dresser 6:20
duration 14:12
duty 10:10 19:3
D-690 19:5

**E**

E 3:2,2 10:1 23:1
  23:1
easy 6:4
efficacy 4:17
efforts 22:2
egregious 21:19
eight 17:15
either 16:13
  18:5 19:23
  21:17 22:3
emotional 18:6
employed 11:9
  11:10 20:5
employee 23:10
  23:12
employment
  18:9
enforcement
  19:14
enter 22:22
entered 6:2
equally 20:17
escort 14:9
escorted 14:6,10
ESQUIRE 3:4,9
  3:10
establish 22:2

establishing
  18:4
et 1:9
evacuated 4:25
event 17:23
  18:24
events 5:6,12
  10:4 17:12
everybody 11:21
evidence 5:14
  17:17 22:10,11
excessive 18:9
  20:7,8 21:7,11
exercise 19:15
  20:7 21:6
exhibits 19:8
Expires 23:20
expressed 22:8
expressly 17:6
extent 4:12
  22:15
extraction 5:22
  11:15
eye 13:4,17,20
  14:3

**F**

F 23:1
face 13:6,7,8,11
  15:12 16:6
  19:25 21:2
faced 11:11
facing 20:1
fact 11:8 17:8
  18:11,13,17
  21:14,23
facts 4:9 6:6
failure 11:12
FAUVER 1:9
favor 22:24
feel 12:18
feeling 12:22
feet 9:17,17,18
  10:1
fell 12:14,15,21
  20:13

felt 8:18
fetal 12:7
finalized 4:19
Finally 22:9
financially
  23:13
find 5:14 11:14
  11:16 17:7
  18:8,22 19:9
  21:17 22:13,14
finding 11:19
findings 10:8
finger 7:13 8:13
  8:14 16:8
  22:16
first 5:19 6:21
  21:2
floor 12:6
follow 6:15
following 4:1
foot 8:10 9:18,18
  9:19,22 10:2
  15:25 16:1
force 18:10 20:5
  20:7,8 21:12
foregoing 23:5
foreseeably 21:3
FORMAROLI
  2:18
forth 4:10 23:8
found 6:5
four 11:18
frame 17:24
frankly 5:14
further 14:23
  15:8 18:20
  23:9

**G**

Gerry 2:8
getting 6:16
go 7:15 9:13,14
  16:5 19:13
  22:20
goes 15:6
going 6:12 14:20

14:21 19:22
grabbed 13:10
grabbing 20:24
grid 21:2
GRIEGEL 3:9,9
guards 12:23
guess 8:3 9:25
  11:20 14:2
guiding 4:8
guy 8:4 13:3
gym 5:1,5,19,23
  11:16,22,24
  12:1,2,5 15:10
  17:12,15,18,19
  18:15,19 20:11
  20:25 21:8

**H**

H 1:9
halfway 9:21
Hall 10:9 16:11
  16:18,23,25
  17:5 18:21
  19:2
Hall's 16:15
HAMILTON
  3:11
hand 8:11
hands 19:25
happen 5:21
  11:23 14:8
  17:10
happened 5:13
  5:20 6:10,25
  8:12 12:1,4,5
  18:13
hauling 20:24
head 7:4,16 8:8
  8:8,18 9:3,5,7
  9:9 12:7,9,11
  19:25
health 9:25
hereinbefore
  23:8
HIGHWAY
  3:11

hit 7:4,8 8:9,11
   13:21
**HONORABLE**
   1:20
**Horse** 2:20 3:4
**hospital** 7:14,15
**hours** 12:20
**hour-and-a-half**
   12:20 20:14
**house** 2:8 9:22
**hurt** 8:23 9:10
   16:2
**hurting** 8:23
   16:1

**I**

**identified** 8:14
**immediate** 11:12
**immediately**
   22:20
**impose** 22:6
**imposed** 20:8
   21:12
**impugning**
   20:15
**incident** 15:10
   18:10
**incidents** 5:4,19
   17:21 21:15
**including** 5:14
   17:19
**inconsistent**
   19:10
**incorporated**
   19:17
**indicated** 10:17
   17:20
**indicates** 18:12
**inference** 5:21
**inflicted** 17:2
   19:12 21:22
   22:13
**inflictions** 22:19
**inhibit** 22:17
**initial** 5:5
**initially** 22:15

**injured** 9:16
**injuries** 5:25 8:6
   10:5 13:16
   15:9 16:14
   17:1 20:6 21:2
   21:22 22:13
**injury** 13:13,19
   18:5 22:18
**inmate** 10:15
**inmates** 5:1 11:6
**inside** 18:1,25
**instance** 21:10
**instances** 20:2
**instant** 18:14
**instructions**
   4:11 19:17
**interested** 23:13
**interference**
   11:1
**involved** 18:16
**isolated** 17:23
**issue** 21:25 22:6
**issued** 4:5
**item** 22:9

**J**

**Jersey** 1:2 2:7,9
   2:21 3:5,11
   23:5,20
**JOHN** 1:20
**JUDGE** 4:1
**June** 1:15 23:21
**jury** 4:10,11,18
   19:17

**K**

**keep** 12:11
**KENNETH** 3:10
**kept** 6:20
**kicked** 7:9
**kicking** 18:25
**kind** 18:12
**knees** 12:7 13:9
**know** 7:24 8:3
   8:12 9:8,9,23
   10:18 11:7

13:2 14:22

**L**

**large** 16:19
**lasted** 7:25
**law** 4:8 19:14
**Leesburg** 15:4,5
**left** 9:18 15:4,5
**leg** 8:9
**legal** 20:10
   21:13
**legitimate** 19:16
   20:3 21:5
**legs** 7:12,12
   12:14,21,22
   20:13
**lengthy** 6:3
   20:21
**level** 21:19
**liability** 18:4
   22:3
**license** 2:6
**lied** 16:18 17:6
**light** 21:14
**limping** 16:1,6
   16:13
**line** 6:8 11:16
**lip** 13:4,13,14,17
   13:24 14:1
   15:13
**Litigation** 1:6
**little** 9:11 10:11
**Local** 4:19
**lockdown** 14:24
   15:2,3 16:20
**locked** 14:11
**long** 7:24 8:2,3,4
   9:12 12:13,19
   12:20 13:23,24
   13:24
**look** 12:8,10
**lot** 16:19
**LOZIER** 3:10
**lumps** 9:3,4,5,5

**M**

**man** 20:24
**manifestation**
   20:21
**man's** 20:13
**march** 11:24,25
**marched** 11:21
**Master** 1:6,20
   4:7,23 22:11
**Master's** 4:2,7
**Mastroianni** 2:5
   2:18 23:3,19
**material** 19:21
**matter** 1:4 2:5
   10:22 17:7,22
**mean** 8:2 12:16
   12:19
**means** 17:8,9
**medical** 14:24
   15:4,15
**Mejias** 4:11,15
   4:17
**mentioned** 19:8
**metal** 12:24 13:3
**mind** 5:12
**minimum** 20:12
**minutes** 8:1
   17:16
**moments** 10:12
**move** 6:21
**moved** 12:21
**movement** 16:19
**moving** 7:22

**N**

**N** 3:2
**natural** 21:9
**nature** 15:9
**necessity** 19:14
   19:18
**need** 20:22,23
**needles** 12:18
**needs** 19:15
**neither** 23:9,11
**neutralize** 20:18
**never** 7:14
**nevertheless**

22:18
**New** 1:2 2:7,9,21
   3:5,11 23:4,20
**normal** 11:6
   19:3
**NORTH** 3:4
**nose** 15:12
**Notary** 2:7 23:3
   23:20
**notice** 5:10
**numb** 12:17
**number** 2:6 4:4
   16:21 20:2

**O**

**O** 2:5 23:3,19
**observed** 16:15
   19:3
**obviously** 17:4
**occasion** 16:22
**occurred** 5:6 6:1
   6:7 21:10
**occurring** 5:4,5
**offered** 14:14
**officer** 10:9,10
   16:11,23,25
   17:5 18:1,21
   18:22 19:2
**officers** 5:15 6:2
   7:17,19 10:14
   11:5 17:16
   18:25 19:19,22
   20:3 21:8,21
   21:24
**Okay** 8:7 15:20
**ombudsman's**
   18:12,14
**ombudsmen**
   17:20
**once** 4:14 6:4
   16:15 17:21
   18:11 19:6
   21:5
**open** 22:5
**operating** 10:13
   11:5

opinion 4:15,20
opinion/report
    1:5 4:5 22:10
opportunity
    20:19
options 20:3
oral 4:20
order 4:6,22
    6:15
outside 7:20

**P**

P 3:2,2
page 6:3,8 7:22
    8:6,16 11:16
    15:10
pain 8:19,20,21
    8:21,22
painful 22:19
paragraph 4:22
paraphrase 6:5
particular 10:15
    16:22 18:5
    19:7
particularly
    7:22
parties 23:11
passage 5:18
PC 3:9
penalogical
    19:16 21:6
people 16:24
    18:16
period 20:21
periods 16:20
permanent
    22:15,18
perpetrators
    22:1,7
person 11:3
persons 16:12
pertinent 7:22
phenomenon
    21:9
physical 18:5
    21:9

physiology
    20:13
picked 12:23
Pike 2:20 3:4
pinky 8:14
pins 12:17
place 18:24 19:6
    19:25 23:8
plaintiff 18:8
    21:22
plaintiffs 3:6
    10:22 17:14
plaintiff's 19:5
    22:2
Plaza 2:8
PM 2:9
point 10:12 14:5
police 13:5
position 12:7,21
    20:15,17,22
positions 20:18
possible 20:18
potentially 22:4
preclude 18:13
precluded 19:21
presence 5:15
    18:21
present 17:18
presented 22:11
previous 16:17
principles 4:8
    20:10 21:13
prior 19:5,10
Prison 1:5
prisoner 16:19
prisoners 20:16
problem 21:1
procedure 10:13
    10:19 11:5
proceedings 2:4
processed 10:24
    11:4
prodding 19:1
prolonged 21:15
proof 18:18
proofs 18:9

proper 19:14,15
protestations
    19:20
psychoanalyze
    17:5
Public 2:7 23:3
    23:20
punched 7:9 8:8
    8:8
punching 19:1
punitive 21:20
    22:4,7
purpose 5:2
    19:16 21:6
purposes 18:3
pursuant 4:6
pus 9:22
pushed 7:2 8:11
    10:5
put 11:2 20:16
putting 10:15

**Q**

question 6:15,24
    7:6,10,17,24
    8:20,22 9:1,6
    9:12,15 11:13
    11:23 12:2,5
    12:12,15 13:7
    13:12,16,19,23
    14:3,5,8,17
    15:1,11,15,18
    15:20,23,25
    16:5
questioning 8:25
    10:17 14:23
questions 8:16
Queston 8:17
quick 17:23
quite 18:22

**R**

R 3:2 23:1
ran 9:9
Ray 3:4 8:15
read 6:4

realize 10:20
    21:23
really 21:7
reason 5:16
    10:15 19:19,22
    21:6
reasonably
    19:20
reasons 20:16,22
    22:8
recall 5:10 10:12
receive 9:3
recollection 5:6
recommend
    22:21
record 10:21
recounted 6:6
recovery 21:16
Reference 4:6
    4:22
regard 1:4 5:3
    17:12 18:20
regarding 4:3
    22:2
relative 23:10,12
remain 22:15
remains 22:5
repeated 21:15
report 4:21
    18:12 22:21
Reporter 2:6
    23:4
Reporting 2:19
reports 17:20
request 20:20
required 4:21
resided 4:24
response 21:9
rest 14:21
result 9:2 10:5
resulted 21:3,4
resulting 15:9
    20:6
retributive 18:7
returned 16:21
returning 16:12

review 4:19 5:10
reviewed 22:12
right 8:10 9:18
    9:19,22 13:4
    15:12,16
risen 21:19
Riverfront 9:24
RODNEY 3:4
ROSELLI 3:9
Rule 4:20
running 7:16

**S**

S 3:2
sadistic 20:8
    21:12
sat 17:25
says 8:7 16:7
screen 12:25
search 5:2,24
    6:13
searched 11:17
seated 20:14
second 4:25
seconds 8:2,2,3
    8:3
securing 11:1
see 7:18 16:12
    16:25 17:3,8
seek 14:24 15:4
seen 7:19,20,20
sent 15:21
separate 5:7
Serious 8:21,22
set 4:10 23:8
seven 4:22 17:15
severe 20:25
shift 20:22
Shorthand 23:4
shower 14:15,20
showers 14:14
    14:14
significance
    22:1
significantly
    22:17

similar 17:11
Similarly 20:11
sit 12:6
sitting 12:8
situation 15:7
  16:21 20:24
sizeable 16:21
Skipping 7:21
slammed 13:3
  13:15 17:25
slamming 21:1
slightly 19:23
small 17:23
smashed 15:11
SOG 5:15 6:1
  10:18 18:25
  21:8
SOGs 10:23
  11:9 17:24
somewhat 5:17
  6:3
South 2:20
Special 1:6,20
  4:2,7,7,23
  22:11
specifically
  10:18
spit 13:6,8,9,11
  18:2
spitting 18:6
SQUARE 3:11
standard 10:13
  11:5
State 1:5 2:7
  3:11 23:4,20
stated 16:11
  17:14
statements 19:5
  19:10
States 1:1 2:8
station 16:23
  19:3
stayed 12:19
  14:22
stenographica...
  23:7

STEVEN 3:9
sticks 7:8 8:9
stomach 8:9
stomped 7:12
  8:10
strip 6:13,13
  11:17
struck 7:11 8:7
  8:18 9:2
structure 18:23
stuff 6:20 19:24
stunk 14:21
suffered 10:5
  13:12
supervising
  18:22
supervisory 22:3
support 21:20
suppose 11:11
sure 11:20
surely 10:25
surrounded
  17:15
sustained 18:17
  18:18
sustaining 18:9
swelled 9:11,17
  9:19 10:2,2
  13:5,21
Swollen 14:1

—— T ——
T 23:1,1
take 8:4 19:23
taken 2:5 5:1
  17:14 23:7
talked 11:15
technique 11:10
Tell 7:6
telling 6:21 13:2
testified 6:6
  10:16 16:15,16
  16:18 17:3
testifies 5:3
testimony 10:9
  10:11,21 15:9

16:10 17:13
  18:21,23 19:9
  19:11 23:6
Theresa 2:5 23:3
  23:19
things 5:18
  16:24
think 5:8 6:3
  7:13 11:8
  16:17 17:6
Third 4:15
three 6:9 7:19
  11:18
time 5:18 6:1
  10:10 12:19,20
  16:20 17:16,24
  20:21 21:25
  22:20 23:7
times 16:23
told 6:14,17 7:2
  13:9
tough 13:2
transcript 2:4
  4:20 5:10 23:6
transpired 10:4
treated 20:17
treatment 14:24
trial 19:9,11
triple 10:1
true 23:6
truthfully 6:6
try 12:22
trying 13:2
two 5:4,6 7:20
  12:20,23 20:14
type 8:20 21:4
types 17:1

—— U ——
ultimately 5:12
underlie 4:9
underneath
  10:24,25 19:21
understanding
  20:13
unidentified

21:21,24
uniform 20:16
unit 4:24 5:2,15
  5:24 6:2 10:10
  14:6,9,11
  15:21 16:5,13
  16:22 18:22,24
United 1:1 2:8
units 11:7
unnecessary
  20:8 21:11
unreasonable
  20:12

—— V ——
Videoconfere...
  2:19
Vincent 1:7 4:3
visible 17:21
visibly 16:13
vs 1:8

—— W ——
W 1:20 3:10
Walker 4:11
wall 7:4,16 9:9
  9:10 20:1
want 8:24 15:8
  17:3
washing 6:18
Washington 1:7
  4:3,24 5:3,17
  7:7 9:2,16
  11:13 16:14
  17:2,9,22
  18:17 19:1,13
  19:18 20:9
  21:10
Washington's
  4:13 22:17,24
wasn't 9:18
  10:16 12:10
  14:12,13,21
watching 5:11
way 4:17 6:8
  10:6,25 14:13

18:3 20:22
WEDNESDAY
  1:15
weeks 9:13 14:1
  14:2,4
weight 12:24
  18:4
went 7:14 9:20
Weren't 14:23
We've 17:12
White 2:20
wide 10:1
WILLIAM 1:9
word 16:7
worst 5:17
written 4:21
wrong 9:19

—— X ——
XIO857 23:21

—— Y ——
Yeah 6:12,16 9:4
  12:3 14:7,19
  15:14,19,22,24
  16:3
yelling 13:1

—— $ ——
$5,500 22:23

—— 0 ——
08012 3:5
08102 2:9
08106 2:21
08690 3:11
09-2361 1:2 4:4

—— 1 ——
1337 3:11
14 6:3,8
15 7:23
16 8:6
17 1:15 23:21
1997 4:25

—— 2 ——

**20** 8:2
**2009** 1:15 23:21
**2010** 23:20
**21** 11:16
**25** 8:3
**251** 2:20

---

**3**

**3:45** 2:9
**30** 8:3 14:15
**30X100085700**
   2:6
**32** 3:4
**33** 3:11
**36** 15:10

---

**5**

**5** 23:20
**52.1** 4:20

---

**6**

**609-586-2257**
   3:12
**691** 19:5

---

**8**

**856-232-3337**
   3:5
**856-232-4561**
   3:6
**856-546-1100**
   2:22