UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 09-269

RECEIVED
JAN 28 2010
JOEL SCHNEIDER
U.S. Magistrate Judge

In Regard to the Matter of:

Bayside State Prison Litigation

ANDRE JARRELLS

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

OPINION/REPORT OF THE SPECIAL MASTER

* * * *

FRIDAY, DECEMBER 11, 2009

* * * *

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

Transcript of proceedings in the above matter taken by Theresa O. Mastroianni, Certified Court Reporter, license number 30X100085700, and Notary Public of the State of New Jersey at the United States District Court House, One Gerry Plaza, Camden, New Jersey, 08102, commencing at 11:52 AM.

MASTROIANNI & FORMAROLI, INC.
Certified Court Reporting & Videoconferencing
251 South White Horse Pike
Audubon, New Jersey 08106
856-546-1100

A P P E A R A N C E S:

LOUGHRY & LINDSAY, ESQUIRES
BY: JUSTIN T. LOUGHRY, ESQUIRE
- and -
BY: LAWRENCE D. LINDSAY
330 MARKET STREET
CAMDEN, NEW JERSEY 08102
856-968-9201
ATTORNEYS FOR THE PLAINTIFFS

ROSELLI, GRIEGEL, LOZIER & LAZZARO, PC
BY: MARK ROSELLI, ESQUIRE
- and -
BY: KENNETH W. LOZIER, ESQUIRE
1337 STATE HIGHWAY 33
HAMILTON SQUARE, NEW JERSEY 08690
609-586-2257
ATTORNEYS FOR THE DEFENDANTS

JUDGE BISSELL: I'm now reopening proceedings in the case of Andre Jarrells, civil docket number 09-269.

This opinion/report is being issued pursuant to the directives of the Order of Reference to a Special Master and the Special Master's Agreement and the guiding principles of law which underlie this decision to be applied to the facts upon which it is based as set forth in the jury instructions in the Walker and Mejias jury charges to the extent applicable to the allegations of Mr. Jarrells.

As finalized after review under Local Civil Rule 52.1, this transcript will constitute the written report required under paragraph seven of the Order of Reference to a Special Master.

Andre Jarrells was also a resident of D Tent and testified with regard to alleged assaults against him while in that facility. His testimony regarding the conduct directed against him can best be described in three short excerpts from his testimony before the Special Master on February 20th, 2009.

Beginning at the top line of page ten.

"Question: And when was the first time

you knew something was wrong relative to Baker being killed?

"Answer: When six officers came in with masks and all this equipment and billy clubs, told us to get naked, get on the floor. They just started beating on us. And we didn't know what was going on.

"Question: When you say they started beating on us, what did they do?

"Answer: Kick us. Hit us with the -- I got punched in the face. And spitting on us. Degrading us. We didn't know what we were doing. What did we do wrong?

"Question: How many men were in D Tent at this time?

"Answer: Let's see if I can be exact. One, two, three -- I think it's ten, if I'm not mistaken.

"Question: And was a Barry Sweeten in that tent?

"Answer: Yes, he was. He slept right there next to me.

"Question: How about Robin Lewis?

"Answer: He slept across from me.

"Question: Now, you've described them

coming in, did they tell you to get on the ground or get on the bed?

"Answer: Get on the ground.

"Question: Were you assaulted that day?

"Answer: Yes.

"Question: How many different days can you estimate you were assaulted by guards during the lockdown?

"Answer: Everyday for the first two weeks. At least everyday, once a day.

"Question: And how did that occur, can you describe that?

"Answer: They just came in and started beating on people. Get on the bed. Just kicking people for no reason. We didn't get to take showers. We ate cold food. Drunk sour milk. Just terrible.

"Question: Were you beaten by fists and kicks?

"Answer: Yes, sir.

Another excerpt appears at page 13, lines 12 through 17.

"Question: On the first day where you say they came in, made you lay on the floor and beat you, did they use clubs that day?

"Answer: Yes. One used a club. Mostly they was kicking me with their feet. And we're talking about thunderous kick with those big boots."

And then if I may add, he has a description about the conduct administered to Inmate Sweeten which was completely different than that testified to by Inmate Sweeten himself who maintained his claim in his case despite the lack of credibility of the testimony of Mr. Jarrells.

Page 13, line 22 Mr. Jarrells states:

"Question: If you could, sir, I'd like you to describe what you saw guards do to Inmate Sweeten.

"Answer: Okay. I had a good view of him because he was right in front of me. And they was kicking him in the chest, in the head, all over his body. His back, the ribs. And I just saw all this. And I just put my head down and just prayed. That's all I could do."

He continues.

"Question: Was this during a time when they ordered you to lay face down?

"Answer: Yes.

"Question: The men that kicked

Mr. Sweeten, were they SOGS?

"Answer: Some were SOGs, some were correction officers. But you really couldn't tell because they was in full riot gear. Fortunately, some of the ones we knew before they put the riot gear on, you could see through the glass the face to see who it is.

"Question: So it was a combination of SOG and regular corrections officers?

"Answer: Yes, sir."

Now, we know from ample testimony throughout these proceedings that the Bayside Prison Officers did not don riot gear to assist the SOGs in inmate extractions. That would be particularly the case here when you are involved in a tent with only ten inmates, that testimony is just plain false.

Further at page 22, line 21 and further on. This is, of course, cross-examination.

"Question: Beginning July 30, 1997, you were beaten everyday by Bayside and/or SOG officers; is that correct?

"Answer: Yes, sir.

"Question: And you claim that occurred for about 30 days; is that correct?

"Answer: The whole thing lasted about

30 days. I didn't get beat 30 days.

"Question: And during that 30 days you claim that you were struck with night sticks at least 55 times; is that correct?

"Answer: That's right. Every time they came in.

"Question: And you were kicked by those officers at least one hundred times; is that correct?

"Answer: Yes, sir. If you add it all up, I try not to remember it, but --

"Question: I can imagine.

"Answer: Yes, sir."

There then follows in the course of this plaintiff's testimony a long list of Bayside Prison Officers who allegedly committed these multiple assaults on virtually a daily basis throughout the lockdown. Of course, because as I find this is a fabrication, there is inconsistent testimony by Mr. Jarrells between his testimony before the Special Master and his deposition, particularly with regard to the names of the officers at Bayside whom he lists as persons who assaulted him. Among the officers named, at least three testified in this case whose comments are worth

discussing.

Officer Roberts testified that during the lockdown he was never assigned to the tents at all. Secondly, that Bayside Prison Officers did not don riot gear and did not employ night sticks in the course of their duties during the lockdown or generally. Officer Pfirman testified also that although named by Mr. Jarrells as one of the persons who assaulted him, he was never assigned to the tents during the lockdown either.

Officer Fisher was assigned to the tent area, but he was the quarter master for the tents involved in the distribution of supplies and the like as he described it. Hence, he would not have drawn an assignment for the evacuation of inmates from any one or more of the tents and never assaulted a prisoner, as he so testified. On the other hand, because of his position as the quarter master, he is a person whom inmates housed in the tents would have known.

If the inherent incredibility of Mr. Jarrells' testimony and the refutation by some of the officers whom he named were not enough, the testimony of Barry Sweeten contradicts it as well. Mr. Sweeten testified before this Special Master on January 20th,

2009, and some excerpts of his testimony warrant reading here. One of them begins at page 70, line 12 of the transcript and continues to page 72, line 17.

I might add here parenthetically that the testimony of Inmates Jarrells, Lewis and Sweeten was all offered on behalf of those respective plaintiffs for the case of each of them. Back to the quotation.

"Question: So the only time that you recall SOG officers coming to your tent was on what you claim to be August 15th, 1997, correct?" Parenthetically, the record is the 14th.

"Answer: Yes, sir.

"Question: The day in which the inmates were transferred to the gymnasium?

"Answer: Yes, sir.

"Question: And at no other time during the lockdown did any SOG officers come into your tent?

"Answer: That's correct.

"Question: And you had never seen any inmates, therefore, you had never seen any other inmates who were in D Tent be beaten on any other occasion?

"Answer: Not after that day, no, sir.

"Question: And prior to that particular incident, right, that was the only time that you have a recollection of SOG officers coming into D Tent?

"Answer: That's correct.

"Question: And do you have any recollection of housing officers -- the housing officers coming into your tent at all?

"Answer: Well, on a regular basis they would always come in. There was one guy named Blackbeard, and Sergeant Cappe, there was another guy that had blond hair, blond haired guy, really skinny guy.

"Question: And they were the housing officers that you would see occasionally?

"Answer: On duty, at each particular night they all had their different shifts.

"Question: And those were the officers that you would see when you had bathroom break?

"Answer: Yes.

"Question: Right, shower breaks?

"Answer: That's correct.

"Question: Other than your seeing these housing officers being present during the lockdown for their duties, do you have any

recollection of any of those housing officers coming into D Tent and assaulting any inmates during the lockdown?

"Answer: Not in my presence, no.

"Question: And how about any Bayside Officer, do you have any recollection of any Bayside Officer that you could identify as a Bayside Officer coming in your tent, D Tent, and assaulting any inmates while you were there?

"Answer: No, sir.

"Question: So is it fair so say, Mr. Sweeten, that the only assaults that you claim to have seen was on that particular day?

"Answer: That's correct.

"Question: Of what you claim to be August 15th, correct?

"Answer: Yes, sir.

"Question: Whether it be your own or other inmates?

"Answer: Yes, sir."

Testimony also continues on the following page, it's page 73, lines seven through 15.

"MR. ROSELLI: Just a follow-up to that, your Honor, I'm sorry.

"Question: So then it's clear, then,

you did not witness Bayside Officers or SOG officers come into D Tent on any other occasion, assaulting inmates in D Tent?

"Answer: Not after that date, no.

"Question: And/or before?

"Answer: That's correct."

In summary, Mr. Jarrells effort to generate a claim for himself is based, I conclude, upon the arrival of a SOG team in the tent on August 14th, 1997. Upon his witnessing the assaults that did, in fact, occur to Mr. Sweeten, and which have served as a successful cause of action for him in these matters, and then deciding to jump on this band wagon. But he wasn't going to limit himself to a single event on a single date. Rather, he fabricated this totally incredible story about beatings right there in this small confines of Tent D day after day after day after day.

Mr. Sweeten, to his credit, whom I found to be credible in his own case, refutes that in his testimony under oath before me and I find the latter to be much more credible.

Finally, although not every item of evidence has been discussed in this opinion/report, all evidence presented to the Special Master was

reviewed and considered.

For the reasons set forth before, I recommend in this report that the District Court enter an order and judgment of no cause for action with regard to Andre Jarrells.

C E R T I F I C A T E

I, Theresa O. Mastroianni, a Notary Public and Certified Shorthand Reporter of the State of New Jersey, do hereby certify that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place, and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Theresa O. Mastroianni, C.S.R.
Notary Public, State of New Jersey
My Commission Expires May 5, 2010
Certificate No. XI0857
Date: December 15, 2009

**A**

**accurate** 16:6
**action** 1:2 14:12 15:4 16:11,14
**add** 7:5 9:10 11:4
**administered** 7:6
**Agreement** 4:7
**al** 1:9
**allegations** 4:11
**alleged** 4:18
**allegedly** 9:16
**ample** 8:11
**Andre** 1:7 4:2,17 15:5
**and/or** 8:20 14:5
**Answer** 5:3,10 5:16,21,24 6:3 6:6,10,14,20 7:1,15,24 8:2 8:10,22,25 9:5 9:10,13 11:13 11:16,20,25 12:5,9,16,20 12:22 13:4,10 13:14,17,20 14:4,6
**appears** 6:21
**applicable** 4:11
**applied** 4:8
**area** 10:12
**arrival** 14:9
**assaulted** 6:4,8 9:23 10:9,16
**assaulting** 13:2 13:8 14:2
**assaults** 4:18 9:17 13:12 14:10
**assigned** 10:3,9 10:11
**assignment** 10:15
**assist** 8:13
**ate** 6:17
**attorney** 16:10 16:12
**ATTORNEYS** 3:8,14
**Audubon** 2:22
**August** 11:11 13:16 14:10

**B**

**back** 7:18 11:7
**Baker** 5:1
**band** 14:14
**Barry** 5:19 10:24
**based** 4:9 14:8
**basis** 9:17 12:9
**bathroom** 12:19
**Bayside** 1:5 8:12 8:20 9:15,23 10:4 13:5,6,7 14:1
**beat** 6:24 9:1
**beaten** 6:18 8:20 11:23
**beating** 5:6,9 6:15
**beatings** 14:17
**bed** 6:2,15
**Beginning** 4:24 8:19
**begins** 11:2
**behalf** 11:6
**best** 4:20
**big** 7:3
**billy** 5:4
**BISSELL** 1:21 4:1
**Blackbeard** 12:11
**blond** 12:12,12
**body** 7:18
**boots** 7:4
**break** 12:19
**breaks** 12:21

**C**

**C** 3:2 16:1,1
**Camden** 2:10 3:7
**Cappe** 12:11
**case** 4:2 7:9 8:15 9:25 11:7 14:20
**cause** 14:12 15:4
**Certificate** 16:21
**Certified** 2:6,20 16:4
**certify** 16:5,9
**charges** 4:10
**chest** 7:17
**civil** 1:2 4:2,14
**claim** 7:9 8:23 9:3 11:11 13:12,15 14:8
**clear** 13:25
**club** 7:1
**clubs** 5:4 6:25
**cold** 6:17
**combination** 8:8
**come** 11:18 12:10 14:2
**coming** 6:1 11:10 12:3,8 13:1,8
**commencing** 2:10
**comments** 9:25
**Commission** 16:20
**committed** 9:16
**completely** 7:7
**conclude** 14:8
**conduct** 4:20 7:6
**confines** 14:17
**considered** 15:1
**constitute** 4:14
**continues** 7:21 11:3 13:21
**contradicts** 10:24
**correct** 8:21,24 9:4,9 11:11,20 12:5,22 13:14 13:16 14:6
**correction** 8:3
**corrections** 8:9
**counsel** 16:10,12
**course** 8:18 9:14 9:18 10:6
**Court** 1:1 2:7,9 2:20 15:3
**credibility** 7:9
**credible** 14:20 14:22
**credit** 14:19
**cross-examina...** 8:18
**C.S.R** 16:19

**D**

**D** 3:6 4:17 5:14 11:23 12:4 13:2,8 14:2,3 14:17
**daily** 9:17
**date** 14:4,15 16:8,21
**day** 6:5,11,23,25 11:14,25 13:13 14:18,18,18,18
**days** 6:7 8:24 9:1,1,2
**December** 1:15 16:21
**deciding** 14:13
**decision** 4:8
**Defendants** 1:10 3:14
**Degrading** 5:12
**deposition** 9:21
**describe** 6:13 7:13
**described** 4:21 5:25 10:14
**description** 7:6
**despite** 7:9
**different** 6:7 7:7 12:17
**directed** 4:20
**directives** 4:5
**discussed** 14:24
**discussing** 10:1
**distribution** 10:13
**District** 1:1,2 2:9 15:3
**docket** 4:3
**doing** 5:12
**don** 8:13 10:5
**drawn** 10:14
**Drunk** 6:17
**duties** 10:6 12:25
**duty** 12:16

**E**

**E** 3:2,2 16:1,1
**effort** 14:7
**either** 10:10
**employ** 10:5
**employee** 16:10 16:12
**enter** 15:4
**equipment** 5:4
**ESQUIRE** 3:5 3:11,12
**ESQUIRES** 3:4
**estimate** 6:8
**et** 1:9
**evacuation** 10:15
**event** 14:15
**everyday** 6:10 6:11 8:20
**evidence** 14:24 14:25
**exact** 5:16
**excerpt** 6:21
**excerpts** 4:21 11:1
**Expires** 16:20

extent 4:11
extractions 8:14

F

F 16:1
fabricated 14:16
fabrication 9:19
face 5:11 7:23 8:6
facility 4:19
fact 14:11
facts 4:8
fair 13:11
false 8:16
FAUVER 1:9
February 4:22
feet 7:2
finalized 4:13
Finally 14:23
financially 16:13
find 9:19 14:21
first 4:25 6:10 6:23
Fisher 10:11
fists 6:18
floor 5:5 6:24
following 13:22
follows 9:14
follow-up 13:23
food 6:17
foregoing 16:5
FORMAROLI 2:19
forth 4:9 15:2 16:8
Fortunately 8:4
found 14:20
FRIDAY 1:15
front 7:16
full 8:4
further 8:17,17 16:9

G

gear 8:4,6,13 10:5
generally 10:7
generate 14:8
Gerry 2:9
glass 8:6
going 5:7 14:14
good 7:15
GRIEGEL 3:10
ground 6:1,3
guards 6:8 7:13
guiding 4:7
guy 12:10,11,12 12:13
gymnasium 11:15

H

H 1:9
hair 12:12
haired 12:12
HAMILTON 3:13
hand 10:17
head 7:17,19
hereinbefore 16:8
HIGHWAY 3:12
Hit 5:10
Honor 13:24
HONORABLE 1:21
Horse 2:21
House 2:9
housed 10:19
housing 12:7,7 12:14,24 13:1
hundred 9:8

I

identify 13:7
imagine 9:12
incident 12:2
inconsistent 9:19
incredibility 10:21
incredible 14:16
inherent 10:21
inmate 7:6,8,13 8:14
inmates 8:16 10:15,19 11:5 11:15,22,23 13:2,9,19 14:3
instructions 4:10
interested 16:13
involved 8:15 10:13
issued 4:4
item 14:23

J

January 10:25
Jarrells 1:7 4:2 4:12,17 7:10 7:11 9:20 10:8 10:22 11:5 14:7 15:5
Jersey 1:2 2:8,10 2:22 3:7,13 16:5,20
JOHN 1:21
JUDGE 4:1
judgment 15:4
July 8:19
jump 14:13
jury 4:9,10
JUSTIN 3:5

K

KENNETH 3:12
kick 5:10 7:3
kicked 7:25 9:7
kicking 6:15 7:2 7:17
kicks 6:19
killed 5:2
knew 5:1 8:5
know 5:6,12 8:11
known 10:20

L

lack 7:9
lasted 8:25
law 4:7
LAWRENCE 3:6
lay 6:24 7:23
LAZZARO 3:10
Let's 5:16
Lewis 5:23 11:5
license 2:7
limit 14:14
LINDSAY 3:4,6
line 4:24 7:11 8:17 11:2,3
lines 6:22 13:22
list 9:15
lists 9:23
Litigation 1:6
Local 4:13
lockdown 6:9 9:18 10:3,6,10 11:18 12:25 13:3
long 9:15
LOUGHRY 3:4 3:5
LOZIER 3:10 3:12

M

maintained 7:8
MARK 3:11
MARKET 3:6
masks 5:4
master 1:6,21 4:6,16,22 9:21 10:12,18,25 14:25
Master's 4:6
Mastroianni 2:6 2:19 16:3,19
matter 1:4 2:6
matters 14:13
Mejias 4:10
men 5:14 7:25
milk 6:17
mistaken 5:18
multiple 9:17

N

N 3:2
naked 5:5
named 9:24 10:8 10:23 12:10
names 9:22
neither 16:9,11
never 10:3,9,16 11:21,22
New 1:2 2:8,10 2:22 3:7,13 16:4,20
night 9:3 10:5 12:17
Notary 2:8 16:3 16:20
number 2:7 4:3

O

O 2:6 16:3,19
oath 14:21
occasion 11:24 14:2
occasionally 12:15
occur 6:12 14:11
occurred 8:23
offered 11:6
Officer 10:2,7 10:11 13:6,7,7
officers 5:3 8:3,9 8:13,21 9:8,16 9:22,24 10:4 10:23 11:10,18 12:3,7,8,15,18 12:24 13:1 14:1,1
Okay 7:15
once 6:11
ones 8:5

**opinion/report** 1:5 4:4 14:24
**order** 4:5,16 15:4
**ordered** 7:23

P

**P** 3:2,2
**page** 4:24 6:21 7:11 8:17 11:2 11:3 13:22,22
**paragraph** 4:15
**parenthetically** 11:4,12
**particular** 12:2 12:16 13:13
**particularly** 8:14 9:22
**parties** 16:11
**PC** 3:10
**people** 6:15,16
**person** 10:19
**persons** 9:23 10:8
**Pfirman** 10:7
**Pike** 2:21
**place** 16:8
**plain** 8:16
**plaintiffs** 3:8 11:7
**plaintiff's** 9:15
**Plaza** 2:9
**position** 10:18
**prayed** 7:19
**presence** 13:4
**present** 12:24
**presented** 14:25
**principles** 4:7
**prior** 12:1
**Prison** 1:5 8:12 9:16 10:4
**prisoner** 10:17
**proceedings** 2:5 4:2 8:12
**Public** 2:8 16:3 16:20
**punched** 5:11
**pursuant** 4:5
**put** 7:19 8:5

Q

**quarter** 10:12 10:18
**Question** 4:25 5:8,14,19,23 5:25 6:4,7,12 6:18,23 7:12 7:22,25 8:8,19 8:23 9:2,7,12 11:9,14,17,21 12:1,6,14,18 12:21,23 13:5 13:11,15,18,25 14:5
**quotation** 11:8

R

**R** 3:2 16:1
**reading** 11:2
**really** 8:3 12:12
**reason** 6:16
**reasons** 15:2
**recall** 11:10
**recollection** 12:3 12:7 13:1,6
**recommend** 15:3
**record** 11:12
**Reference** 4:5 4:16
**refutation** 10:22
**refutes** 14:20
**regard** 1:4 4:18 9:22 15:5
**regarding** 4:20
**regular** 8:9 12:9
**relative** 5:1 16:10,12
**remember** 9:11
**reopening** 4:1
**report** 4:15 15:3
**Reporter** 2:7 16:4
**Reporting** 2:20
**required** 4:15
**resident** 4:17
**respective** 11:6
**review** 4:13
**reviewed** 15:1
**ribs** 7:18
**right** 5:21 7:16 9:5 12:2,21 14:17
**riot** 8:4,5,13 10:5
**Roberts** 10:2
**Robin** 5:23
**ROSELLI** 3:10 3:11 13:23
**Rule** 4:14

S

**S** 3:2
**saw** 7:13,18
**Secondly** 10:4
**see** 5:16 8:6,7 12:15,19
**seeing** 12:23
**seen** 11:21,22 13:13
**Sergeant** 12:11
**served** 14:12
**set** 4:9 15:2 16:8
**seven** 4:15 13:22
**shifts** 12:17
**short** 4:21
**Shorthand** 16:4
**shower** 12:21
**showers** 6:16
**single** 14:15,15
**sir** 6:20 7:12 8:10,22 9:10 9:13 11:13,16 11:25 13:10,17 13:20
**six** 5:3
**skinny** 12:12
**slept** 5:21,24
**small** 14:17
**SOG** 8:9,20 11:10,18 12:3 14:1,9
**SOGs** 8:1,2,13
**sorry** 13:24
**sour** 6:17
**South** 2:21
**Special** 1:6,21 4:6,6,16,22 9:21 10:25 14:25
**spitting** 5:11
**SQUARE** 3:13
**started** 5:6,8 6:14
**State** 1:5 2:8 3:12 16:4,20
**states** 1:1 2:9 7:11
**stenographica...** 16:7
**sticks** 9:3 10:5
**story** 14:16
**STREET** 3:6
**struck** 9:3
**successful** 14:12
**summary** 14:7
**supplies** 10:13
**Sweeten** 5:19 7:7,8,14 8:1 10:24,24 11:5 13:12 14:11,19

T

**T** 3:5 16:1,1
**take** 6:16
**taken** 2:6 16:7
**talking** 7:3
**team** 14:9
**tell** 6:1 8:3
**ten** 4:24 5:17 8:16
**tent** 4:18 5:14,20 8:15 10:11 11:10,19,23 12:4,8 13:2,8,8 14:2,3,9,17
**tents** 10:3,9,12 10:16,19
**terrible** 6:17
**testified** 4:18 7:8 9:25 10:2,7,17 10:25
**testimony** 4:19 4:22 7:10 8:11 8:16 9:15,20 9:20 10:22,23 11:1,5 13:21 14:21 16:6
**Theresa** 2:6 16:3 16:19
**thing** 8:25
**think** 5:17
**three** 4:21 5:17 9:24
**thunderous** 7:3
**time** 4:25 5:15 7:22 9:5 11:9 11:17 12:2 16:7
**times** 9:4,8
**told** 5:5
**top** 4:24
**totally** 14:16
**transcript** 2:5 4:14 11:3 16:6
**transferred** 11:15
**true** 16:6
**try** 9:11
**two** 5:17 6:10

U

**underlie** 4:8
**United** 1:1 2:9
**use** 6:25

V

**Videoconfere...** 2:20
**view** 7:15

**virtually** 9:17
**vs** 1:8

**W**

**W** 1:21 3:12
**wagon** 14:14
**Walker** 4:10
**warrant** 11:1
**wasn't** 14:14
**weeks** 6:11
**we're** 7:3
**White** 2:21
**WILLIAM** 1:9
**witness** 14:1
**witnessing** 14:10
**worth** 9:25
**written** 4:15
**wrong** 5:1,13

**X**

**XIO857** 16:21

**0**

**08102** 2:10 3:7
**08106** 2:22
**08690** 3:13
**09-269** 1:2 4:3

**1**

**11** 1:15
**11:52** 2:10
**12** 6:22 11:2
**13** 6:21 7:11
**1337** 3:12
**14th** 11:12 14:10
**15** 13:22 16:21
**15th** 11:11 13:16
**17** 6:22 11:3
**1997** 8:19 11:11 14:10

**2**

**20th** 4:22 10:25
**2009** 1:15 4:23 11:1 16:21
**2010** 16:20
**21** 8:17
**22** 7:11 8:17
**251** 2:21

**3**

**30** 8:19,24 9:1,1 9:2
**30X100085700** 2:7
**33** 3:12
**330** 3:6

**5**

**5** 16:20
**52.1** 4:14
**55** 9:4

**6**

**609-586-2257** 3:13

**7**

**70** 11:2
**72** 11:3
**73** 13:22

**8**

**856-546-1100** 2:23
**856-968-9201** 3:7