NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____

IN RE: Bayside State Prison Litigation

Civil No. 97-5127 (RBK/JS)

**ORDER**

_____

THIS MATTER having come before the Court upon the Motion to Reinstate Claim by Plaintiff Jeffery Morton (Docket No. 1120); and the Court having received a letter dated March 31, 2010 from the Defendants requesting an extension of time to respond; and

IT APPEARING TO THE COURT that Plaintiff Morton did not object to an extension;

IT FURTHER APPEARING TO THE COURT that Defendants did respond on April 7, 2010, see Docket No. 1124, therefore

IT IS HEREBY ORDERED that Defendants' response is timely; and it is further

ORDERED that Plaintiff Jeffrey Morton shall file a reply, if any, on or before April 23, 2010.

Date:  4/13/10

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge