UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 09-799

**RECEIVED**
OCT 1 2 2010

JOEL S........
U.S. Magi........

In Regard to the Matter of:

Bayside State Prison
Litigation

OPINION/REPORT
OF THE
SPECIAL MASTER

ALPHONSO BRADSHAW

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\*   \*   \*   \*

WEDNESDAY, SEPTEMBER 29, 2010

\*   \*   \*   \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

```
 1
 2
 3
 4
 5          Transcript of proceedings in the above
 6   matter taken by Theresa O. Kugler, Certified Court
 7   Reporter, license number 30X100085700, and Notary
 8   Public of the State of New Jersey at the United
 9   States District Court House, One Gerry Plaza, Camden,
10   New Jersey, 08102, commencing at 10:00 AM.
11
12
13
14
15
16
17
18
19              MASTROIANNI & FORMAROLI, INC.
20         Certified Court Reporting & Videoconferencing
21                251 South White Horse Pike
22                 Audubon, New Jersey 08106
23                      856-546-1100
24
25
```

```
 1
 2
 3     A P P E A R A N C E S:
 4
 5         JAIME KAIGH, ESQUIRE
           32 NORTH BLACK HORSE PIKE
 6         BLACKWOOD, NEW JERSEY  08012
           856-232-3337
 7         856-232-4561
           ATTORNEYS FOR THE PLAINTIFFS
 8
 9
           RODNEY D. RAY, ESQUIRE
10         32 NORTH BLACK HORSE PIKE
           BLACKWOOD, NEW JERSEY  08012
11         856-232-3337
           856-232-4561
12         ATTORNEYS FOR THE PLAINTIFFS
13
14         ROSELLI, GRIEGEL, LOZIER & LAZZARO, PC
           BY:  MARK ROSELLI, ESQUIRE
15              and
           BY:  JAMES LAZZARO, ESQUIRE
16         1337 STATE HIGHWAY 33
           HAMILTON SQUARE, NEW JERSEY  08690
17         609-586-2257
           ATTORNEYS FOR THE DEFENDANTS
18
19
20
21
22
23
24
25
```

```
 1            JUDGE BISSELL:  All right.  Thank you.
 2   I am prepared to accept for purposes of this motion
 3   that Mr. Bradshaw has truthfully and accurately
 4   reflected what happened to him.  In observing him as
 5   we have on television, I find absolutely nothing
 6   about his demeanor that would indicate that his
 7   testimony is not credible.
 8            Furthermore, it is not essential or
 9   necessary for me to make findings with regard to that
10   credibility.  Rule 52(c) of the Federal Rules of
11   Civil Procedure under which this motion is brought is
12   relatively brief and I will recite it at this time.
13            It says:  "If during a trial without a
14   jury a party has been fully heard on an issue and the
15   Court finds against the party on that issue, the
16   Court may enter judgment as a matter of law against
17   that party with respect to a claim or defense that
18   cannot, under the controlling law, be maintained or
19   defeated without a favorable finding on that
20   issue..."
21            Now, in this particular instance Judge
22   Kugler's decision and my own, taken in tandem,
23   require the identification of at least one defendant
24   against whom a judgment could be entered.
25   Mr. Bradshaw has indicated that he has been unable to
```

```
 1    identify any person who perpetrated these assaults
 2    upon him.  Under those circumstances, therefore, any
 3    liability which might attach to any defendant would
 4    depend upon whether the supervisors enumerated by Mr.
 5    Roselli, Messrs. Fauver, Faunce and Hilton can be
 6    held liable for the events in question.
 7                I have already issued a decision with
 8    regard to supervisory liability which, as far as I
 9    understand, remains valid.  I have not been advised
10    this has been overturned and modified by Judge Kugler
11    or anyone else.  In the course of that decision and
12    determining where supervisory liability should lie
13    based upon the conduct of others subject to that
14    supervision, I did reach a conclusion that because,
15    among other things, the inherent characteristics of
16    the manner in which the lockdown was implemented cast
17    supervisory liability on, once again, upon the
18    defendant supervisors.  Necessarily when that
19    lockdown period was concluded, that important element
20    of the supervisory liability finding was no longer
21    present.  I made a determination at that time,
22    consistent with the facts, that the period of the
23    lockdown was concluded on the 3rd of September, 1997.
24    That was at least one week and in all likelihood
25    two weeks before Mr. Bradshaw even arrived at
```

1   Bayside, and an additional week before the assaults
2   which he described took place.  Under those
3   circumstances, therefore, there is no basis to
4   ascribe supervisory liability to any defendant in
5   that group and, therefore, no named defendant can be
6   identified here against whom a judgment could be
7   entered.
8           Accordingly, the motion is granted and
9   this case is dismissed for the reasons stated above.
10          I'm asking my court reporter, if she
11  would, please, to prepare a draft transcript of this
12  opinion under Local Civil Rule 52.1 for my review and
13  editing as the local rule permits.
14
15
16
17
18
19
20
21
22
23
24
25

1  C E R T I F I C A T E

2

3       I, Theresa O. Kugler, a Notary Public and

4  Certified Shorthand Reporter of the State of New

5  Jersey, do hereby certify that the foregoing is a

6  true and accurate transcript of the testimony as

7  taken stenographically by and before me at the time,

8  place, and on the date hereinbefore set forth.

9       I DO FURTHER CERTIFY that I am neither a

10 relative nor employee nor attorney nor counsel of any

11 of the parties to this action, and that I am neither

12 a relative nor employee of such attorney or counsel,

13 and that I am not financially interested in the

14 action.

15

16

17

18

19       _____
         Theresa O. Kugler, C.C.R.
20       Notary Public, State of New Jersey
         My Commission Expires May 5, 2011
21       Certificate No. XI0857
         Date:  September 29, 2010
22

23

24

25

| A | | | | |
|---|---|---|---|---|
| absolutely 4:5 | civil 1:2 4:11 6:12 | enter 4:16 | 3:10 | lie 5:12 |
| accept 4:2 | claim 4:17 | entered 4:24 6:7 | house 2:9 | likelihood 5:24 |
| accurate 7:6 | commencing 2:10 | enumerated 5:4 | **I** | litigation 1:5 |
| accurately 4:3 | commission 7:20 | esquire 3:5,9,14 3:15 | identification 4:23 | local 6:12,13 |
| action 1:2 7:11 7:14 | concluded 5:19 5:23 | essential 4:8 | identified 6:6 | lockdown 5:16 5:19,23 |
| additional 6:1 | conclusion 5:14 | et 1:8 | identify 5:1 | longer 5:20 |
| advised 5:9 | conduct 5:13 | events 5:6 | im 6:10 | lozier 3:14 |
| al 1:8 | consistent 5:22 | expires 7:20 | implemented 5:16 | **M** |
| alphonso 1:6 | controlling 4:18 | **F** | important 5:19 | maintained 4:18 |
| arrived 5:25 | counsel 7:10,12 | facts 5:22 | indicate 4:6 | manner 5:16 |
| ascribe 6:4 | course 5:11 | far 5:8 | indicated 4:25 | mark 3:14 |
| asking 6:10 | court 1:1 2:6,9 2:20 4:15,16 6:10 | faunce 5:5 | inherent 5:15 | master 1:6,15 |
| assaults 5:1 6:1 | | fauver 1:8 5:5 | instance 4:21 | mastroianni 2:19 |
| attach 5:3 | | favorable 4:19 | interested 7:13 | matter 1:3 2:6 4:16 |
| attorney 7:10,12 | credibility 4:10 | federal 4:10 | issue 4:14,15,20 | messrs 5:5 |
| attorneys 3:7,12 3:17 | credible 4:7 | financially 7:13 | issued 5:7 | modified 5:10 |
| audubon 2:22 | **D** | find 4:5 | **J** | motion 4:2,11 6:8 |
| **B** | date 7:8,21 | finding 4:19 5:20 | jaime 3:5 | **N** |
| based 5:13 | decision 4:22 5:7 5:11 | findings 4:9 | james 3:15 | named 6:5 |
| basis 6:3 | defeated 4:19 | finds 4:15 | jersey 1:1 2:8,10 2:22 3:6,10,16 7:5,20 | necessarily 5:18 |
| bayside 1:4 6:1 | defendant 4:23 5:3,18 6:4,5 | foregoing 7:5 | | necessary 4:9 |
| bissell 1:15 4:1 | | formaroli 2:19 | john 1:15 | neither 7:9,11 |
| black 3:5,10 | defendants 1:9 3:17 | forth 7:8 | judge 4:1,21 5:10 | new 1:1 2:8,10 2:22 3:6,10,16 7:4,20 |
| blackwood 3:6 3:10 | defense 4:17 | fully 4:14 | judgment 4:16 4:24 6:6 | |
| bradshaw 1:6 4:3,25 5:25 | demeanor 4:6 | further 7:9 | jury 4:14 | north 3:5,10 |
| brief 4:12 | depend 5:4 | furthermore 4:8 | **K** | notary 2:7 7:3 7:20 |
| brought 4:11 | described 6:2 | **G** | kaigh 3:5 | number 2:7 |
| **C** | determination 5:21 | gerry 2:9 | kugler 2:6 5:10 7:3,19 | **O** |
| camden 2:9 | determining 5:12 | granted 6:8 | kuglers 4:22 | observing 4:4 |
| case 6:9 | dismissed 6:9 | griegel 3:14 | **L** | once 5:17 |
| cast 5:16 | district 1:1,1 2:9 | group 6:5 | law 4:16,18 | opinion 1:5 6:12 |
| certificate 7:21 | draft 6:11 | **H** | lazzaro 3:14,15 | overturned 5:10 |
| certified 2:6,20 7:4 | **E** | hamilton 3:16 | liability 5:3,8,12 5:17,20 6:4 | **P** |
| certify 7:5,9 | editing 6:13 | happened 4:4 | liable 5:6 | particular 4:21 |
| characteristics 5:15 | element 5:19 | heard 4:14 | license 2:7 | parties 7:11 |
| circumstances 5:2 6:3 | employee 7:10 7:12 | held 5:6 | | party 4:14,15,17 |
| | | hereinbefore 7:8 | | |
| | | highway 3:16 | | |
| | | hilton 5:5 | | |
| | | honorable 1:15 | | |
| | | horse 2:21 3:5 | | |

| | | | |
|---|---|---|---|
| pc 3:14 | **S** | **V** | **4** |
| period 5:19,22 | says 4:13 | valid 5:9 | |
| permits 6:13 | september 1:12 | videoconferen... | **5** |
| perpetrated 5:1 | 5:23 7:21 | 2:20 | 5 7:20 |
| person 5:1 | set 7:8 | vs 1:7 | 52 4:10 6:12 |
| pike 2:21 3:5,10 | shorthand 7:4 | | |
| place 6:2 7:8 | south 2:21 | **W** | **6** |
| plaintiffs 3:7,12 | special 1:6,15 | wednesday 1:12 | 6095862257 3:17 |
| plaza 2:9 | square 3:16 | week 5:24 6:1 | |
| please 6:11 | state 1:4 2:8 | weeks 5:25 | **7** |
| prepare 6:11 | 3:16 7:4,20 | white 2:21 | |
| prepared 4:2 | stated 6:9 | william 1:8 | **8** |
| present 5:21 | states 1:1 2:9 | | 8562323337 3:6 |
| prison 1:4 | stenographica... | **X** | 3:11 |
| procedure 4:11 | 7:7 | xi0857 7:21 | 8562324561 3:7 |
| proceedings 2:5 | subject 5:13 | | 3:11 |
| public 2:8 7:3,20 | supervision 5:14 | **Y** | 8565461100 2:23 |
| purposes 4:2 | supervisors 5:4 | | |
| | 5:18 | **Z** | **9** |
| **Q** | supervisory 5:8 | | |
| question 5:6 | 5:12,17,20 6:4 | **0** | |
| | | 00 2:10 | |
| **R** | **T** | 08012 3:6,10 | |
| ray 3:9 | taken 2:6 4:22 | 08102 2:10 | |
| reach 5:14 | 7:7 | 08106 2:22 | |
| reasons 6:9 | tandem 4:22 | 08690 3:16 | |
| recite 4:12 | television 4:5 | 09799 1:2 | |
| reflected 4:4 | testimony 4:7 | | |
| regard 1:3 4:9 | 7:6 | **1** | |
| 5:8 | thank 4:1 | 1 6:12 | |
| relative 7:10,12 | theresa 2:6 7:3 | 10 2:10 | |
| relatively 4:12 | 7:19 | 1337 3:16 | |
| remains 5:9 | things 5:15 | 1997 5:23 | |
| report 1:5 | time 4:12 5:21 | | |
| reporter 2:7 | 7:7 | **2** | |
| 6:10 7:4 | transcript 2:5 | 2010 1:12 7:21 | |
| reporting 2:20 | 6:11 7:6 | 2011 7:20 | |
| require 4:23 | trial 4:13 | 251 2:21 | |
| respect 4:17 | true 7:6 | 29 1:12 7:21 | |
| review 6:12 | truthfully 4:3 | | |
| right 4:1 | two 5:25 | **3** | |
| rodney 3:9 | | 30x100085700 | |
| roselli 3:14,14 | **U** | 2:7 | |
| 5:5 | unable 4:25 | 32 3:5,10 | |
| rule 4:10 6:12,13 | understand 5:9 | 33 3:16 | |
| rules 4:10 | united 1:1 2:8 | 3rd 5:23 | |