UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

LOUGHRY & LINDSAY, LLC
By: Justin T. Loughry, Esq
330 Market Street
Camden, New Jersey 08102
Attorney for the Plaintiffs

| | |
|---|---|
| IN RE: | : HON. ROBERT B. KUGLER, U.S.D.J. |
| BAYSIDE STATE PRISON LITIGATION (JON POCKNETT) | : CIVIL ACTION NO. 97-5127(RBK) (JS)<br>: INDIVIDUAL DOCKET NO. 10 - 5681<br>:<br>: **CONSENT ORDER** |

## DISMISSAL WITH PREJUDICE

It appearing, from the attached statement, Exhibit J-1, that Plaintiff Jon Pocknett, SBI# 236958C, has agreed to voluntarily dismiss all of his claims with prejudice, and counsel for all parties having consented to the entry of this Order, it is hereby Ordered that this action and the claims asserted herein by Jon Pocknett shall be dismissed with prejudice, and without costs to either party. All parties consent to the jurisdiction of the Court to enter this Order

_____
Justin T. Loughry, Esq.
Attorney for the Plaintiffs
Lawrence W. Lindsay
DATED: 3/25/11

_____
Mark Roselli, Esq.
Attorney for the Defendants
DATED: 3/28/2011

_____
U.S.D.J.

Exhibit J-1

To Loughry and Lindsay, LLC

Re:   Bayside State Prison Litigation, Civil Action no. 97-5127
      Individual Docket No. 10 - 5681
      Withdrawal of claim of Jon Pocknett

I, Jon Pocknett, hereby direct Loughry and Lindsay, LLC, to voluntarily dismiss my individual claim in the Bayside State Prison litigation with prejudice because I no longer wish to pursue my individual claim in this matter. I understand that once my claim in this case is dismissed, I will be unable to change my mind and reopen the matter.

Date: _____                    _____
                                         Jon Pocknett