NOT FOR PUBLICATION (Doc. No. 1189)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| JEFFERY MORTON, | : | |
| Plaintiff, | : | Civil No. 97-5127 (RBK/JS) |
| v. | : | **ORDER** |
| WILLIAM H. FAUVER, et al., | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court upon the Motion for Reconsideration filed by Plaintiff Jeffery Morton; and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration is DENIED with respect to this Court's February 14, 2011 Order.

Dated:  7/21/2011            /s/ Robert B. Kugler
                             ROBERT B. KUGLER
                             United States District Judge

1